# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

TX 6-064-419

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

10 21 04
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**A**

Title of Work ▼
UMD Admin Program V 2 0A and Master Program V 2 1D

Registration Number of the Basic Registration ▼
~~TX 5-159-682~~

Year of Basic Registration ▼
2000

Name(s) of Author(s) ▼
Mark W Davenport

Name(s) of Copyright Claimant(s) ▼
Mark W Davenport

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number 3a&b Line Heading or Description Year of creation of this work and publication

Incorrect Information as It Appears in Basic Registration ▼
1998 published 05/30/1998

Corrected Information ▼
1999 published 12/6/1999

Explanation of Correction ▼
Mistake in understanding instructions i e , thought that "this work" and "this particular work" in

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ______ Line Heading or Description ______

Amplified Information and Explanation of Information ▼

PLAINTIFF'S EXHIBIT 6
Page 1 of 2

CK ▶ Complete all applicable spaces (D-G) on the reverse side of this page
See detailed instructions Sign the form at Space F

DO NOT WRITE HERE

FORM CA RECEIVED | FORM CA

OCT 21 2004

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**D**

Continuation of ☑ Part B or ☐ Part C

instructions referred to the software programs in general rather than the particular versions themselves

**E**

**Correspondence** Give name and address to which correspondence about this application should be sent

KURT M RYLANDER, Esq
1014 Franklin Street, Vancouver, WA 98660

Phone (360 ) 750-9931 Fax (360 ) 397-0473 Email rylander@pacifier com

**Deposit Account** It the registration fee is to be charged to a Deposit Account established in the Copyright Office giv name and number of Account

Name

Account Number

**F**

**Certification** I the undersigned hereby certify that I am the (Check only one)

☐ author ☐ owner of exclusive right(s)
☐ other copyright claimant ☑ duly authorized agent of Copyright claimant/owner

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼ KURT M RYLANDER Date ▼ 10/21/2004

Handwritten signature (X) ▼

**G**

**Certificate will be mailed in window envelope to this address**

Name ▼
Blueport Company LLC

Number/Street/Apt ▼
c/o Kurt M Rylander, 1014 Franklin Street

City/State/ZIP ▼
Vancouver, WA 98660

Complete all necessary spaces
Sign your application in Space F

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

PLAINTIFF'S EXHIBIT 6
Page 2 of 2

a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection

d on recycled paper

U S Government Printing Office 2002 491-423/60 009