**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BLUEPORT COMPANY, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1622C |
| THE UNITED STATES, | ) | Judge Lawrence J. Block |
| Defendant. | ) | |

**JOINT PROPOSED PRETRIAL SCHEDULE**

Pursuant to the November 15, 2005 Court Order, Paragraphs 13-18 of Appendix A of the Rules of the Court of Federal Claims ("RCFC"), and pursuant to telephone instructions forwarded by the court's clerk, Plaintiff, Blueport Company, LLC ("Blueport"), and Defendant, the United States ("the government"), submit the following proposed pretrial schedule:

1. Paragraph 13 Meeting of Counsel Must Take Place By May 8, 2006 ("no later than 63 days before the pretrial conference")
2. Paragraph 14(a) Plaintiff's Memorandum of Contentions of Fact and Law Must Be Filed By May 22, 2006 ("no later than 49 days before the pretrial conference")
3. Paragraph 14(b) Defendant's Memorandum of Contentions of Fact and Law Must Be Filed By June 19, 2006 ("no later than 21 days before the pretrial conference")
4. Final Pretrial Conference Should Take Place On July 10, 2006
5. Trial is Requested For July 24-28, 2006

Although the November 15, 2005 Court Order accurately reflected the parties' tentative agreement to hold the trial at the end of March, Blueport's damages expert later indicated that he would not be able to participate in a trial at that time. The parties were unable to reschedule trial prior to the first week in June, due to pre-existing obligations by counsel and the expert witnesses. The court's clerk later forwarded information regarding the Court's availability for trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

December 16, 2005

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Attorneys for the United States

RYLANDER & ASSOCIATES PC

December 19, 2005

/s/ Kurt M. Rylander
KURT M. RYLANDER
Attorney at Law
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Attorneys for Plaintiff