# The United States Court of Federal Claims

**No: 02-1622 C**
December 22, 2005

**BLUEPORT COMPANY, LLP,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**PRELIMINARY PRE-TRIAL SCHEDULING ORDER**

On December 19, 2005, the parties filed a Joint Proposed Pre-Trial Schedule. In accordance with the Appendix A of the Rules of the Court of Federal Claims ("RCFC"), the parties are ORDERED to comply with the following Pre-Trial Schedule:

1. The parties shall confer and exchange Exhibit Lists, Witness Lists, and Proposed Procedural Stipulations, no later than **April 20, 2006**. The parties shall file a Joint Certification verifying that they have conferred no later than **April 27, 2006**. *See* RCFC App. A, ¶ 13.

2. Plaintiff shall file Plaintiff's Proposed Findings of Fact and Conclusions Law, Witness List, Exhibit List and any attendant motions pursuant to ¶¶ 15 & 16 of the RCFC, Appendix A, no later than **May 4, 2006**.

3. Defendant shall file Defendant's Proposed Findings of Fact and Conclusions Law, Witness List, Exhibit List and any attendant motions pursuant to ¶¶ 15 & 16 of the RCFC, Appendix A, no later than **May 25, 2006**.

4. Parties shall file any motions *in limine*, objections to witness lists, objections to exhibit lists, or any other pre-trial motions no later than **June 8, 2006**.

5. Parties shall file Responses to any objections or motions filed no later than **June 22, 2006**.

6. Parties shall file Replies to any objections or motions filed no later than **June 29, 2006.**

7. The parties shall file a Joint Procedural Stipulation, a Joint Trial Exhibit List, and a Joint Trial Witness List, (for each witness, the parties shall set forth each witness's name and address, the amount of proposed time the witness will testify on direct examination, the title and/or job description of the witness, and the witness's proposed topics of testimony) no later than **June 29, 2006**.

8. The parties shall file a Consolidate Statement of Proposed Findings of Fact (identifying agreed upon facts and issues of fact to be resolved by the court), and a Consolidated Statement of Proposed Conclusions of Law no later than **June 29, 2006**.

9. The court will conduct a Pre-Trial Telephone Status Conference with all the parties at **11:00 a.m. (EST) July 6, 2006**.

10. Trial will be held in **Portland, Oregon**, or **Vancouver, Washington** from **July 24-28, 2006**.

Further, parties are requested to submit to chambers a courtesy copy of the expert reports of any expert witness expected to testify at trial no later than **June 28, 2006**.

**IT IS SO ORDERED.**

s/ Lawrence J. Block
Lawrence J. Block
Judge