**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BLUEPORT COMPANY LLC,<br><br>Plaintiff,<br>-v-<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 02-1622C<br><br>Judge Lawrence J. Block |

**PLAINTIFF'S FIRST UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Blueport Company LLC, hereby moves pursuant to Rule 6(b), Rules of the Court of Federal Claims ("RCFC"), to extend the time to respond to Defendant's motion for partial summary judgment by six (6) days from January 17, 2006 to Monday, January 23, 2006. This is Plaintiff's first motion for an enlargement of time for this purpose. By telephone conference, counsel for Defendant advised counsel for Plaintiff that Defendant does not oppose this motion. This enlargement is needed by Plaintiff due to medical emergencies in Plaintiff's counsel's family this week.

///

///

///

WHEREFORE, Plaintiff respectfully requests that this unopposed motion be granted, and the time to respond be extended to and including January 23, 2006.

DATED THIS January 19, 2006, Respectfully submitted,

RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander

______________________________

KURT M. RYLANDER
Attorney at Law
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury of the laws of the Federal Court that on the date signed below I electronically filed the document to which this certificate is attached iwht the Clerk of the Court using the ECF system which will send notification of such filing ot the following e-mail address: scott.bolden@usdoj.gov.

DATED THIS January 19, 2006 Respectfully submitted,

RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander

______________________________

KURT M. RYLANDER
Attorney at Law
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com