**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BLUEPORT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1622C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence J. Block |
| | ) | |
| Defendant. | ) | |

**JOINT CERTIFICATION OF RCFC**
**APPENDIX A, PARAGRAPH 13 MEETING OF COUNSEL**

Pursuant to the December 22, 2005 Court Order, and pursuant to Paragraph 13(d) of Appendix A of the Rules of the Court of Federal Claims ("RCFC"), the parties file the following Joint Certification. Blueport Company, LLC ("Blueport"), and the United States ("the government"), both certify that they met by telephonic conference and: exchanged exhibit lists pursuant to RCFC Appendix A, Paragraph 13(a); exchanged witness lists pursuant to RCFC Appendix A, Paragraph 13(b); and discussed each of the subjects identified in RCFC Appendix A, Paragraph 13(c).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

Date: April 27 2006

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Attorneys for the United States

RYLANDER & ASSOCIATES PC

Date: ______________

KURT M. RYLANDER
Attorney at Law
406 West 12th Street
Vancouver, Washington 98660
Telephone: (360) 750-9931
Facsimile: (360) 750-9953

Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

Date: ______________

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Attorneys for the United States

RYLANDER & ASSOCIATES PC

Date: 4/26/06

KURT M. RYLANDER
Attorney at Law
406 West 12th Street
Vancouver, Washington 98660
Telephone: (360) 750-9931
Facsimile: (360) 750-9953

Attorney for Plaintiff