**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BLUEPORT COMPANY LLC,<br><br>Plaintiff,<br><br>-v-<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 02-1622C<br><br>Judge Lawrence J. Block |

**PLAINTIFF'S TRIAL WITNESS AND EXHIBIT LISTS**

Plaintiff, Blueport, LLC, hereby provides its Witness and Exhibit Lists, purusant to the Preliminary Trial Scheduling Order filed December 2, 2005, and purusant to Paragraph 13 of Appendix A of the Rules of the Court of Federal Claims.

## I. PLAINTIFF'S EXHIBIT LIST

The following may be used at trial for case-in-chief or rebuttal purposes. Plaintiff reserves the right to introduce any exhibits, such as demonstrative exhibits, prepared for trial to aid a witness in presenting testimony, or for impeachment purposes. Exhibits marked with "Protective Order" are subject to the existing Protective Order.

| Proposed Plaintiff Exhibit No. | Document Descriptions | Bates Document Number | Use |
|---|---|---|---|
| 1 | MARS Software Requirements Specification (hereinafter SRS) Draft 1 | Produced by SAIC | Case in chief. |
| 2 | GSA Contract G5-35F-4461G Task FY 570001A | Produced by SAIC | Case in chief. |
| 3 | MARS Project Weekly Status Report for 13-19 May, 2000 GSA re: Contract GS-36F-4461G Task FY 57001A Software (hereinafter "Weekly Status Report") | Produced by SAIC | Case in chief. |
| 4 | SAIC Memo 7 June 2000 w/ attachments, re: delivery of the AFMIA | Produced by SAIC | Case in chief. |

| | | | |
|---|---|---|---|
| | Systems Test Description, Draft 1 | | |
| 5 | SAIC Memo 7 June 2000 w/ attached MARS SRS Draft | Produced by SAIC | Case in chief. |
| 6 | Memorandum from SAIC June 11, 2000 Re MARS SRS Approval | Produced by SAIC | Case in chief. |
| 7 | SAIC doc re: Delivery of AFMIA System Design Doc Draft 1 | Produced by SAIC | Case in chief. |
| 8 | Weekly Status Report for 17-23 June, 2000 | Produced by SAIC | Case in chief. |
| 9 | SAIC memo and attached SRS Draft 3, July 5, 2000 | Produced by SAIC | Case in chief. |
| 10 | SAIC memo and attached AFMIA Database Design Document (hereinafter DDD) Draft 1, 11 July 2000 | Produced by SAIC | Case in chief. |
| 11 | SAIC Memo and attached SRS Draft 4, August 2, 2000 | Produced by SAIC | Case in chief. |
| 12 | Weekly Status Report for 12-18 August 2000 | Produced by SAIC | Case in chief. |
| 13 | MARS SRS Draft 5 | Produced by SAIC | Case in chief. |
| 14 | SAIC Memo and attached DDD Draft 2, September 5, 2000 | Produced by SAIC | Case in chief. |
| 15 | SAIC Memo and attached MARS System Test Description (hereinafter STD), September 25, 2000 | Produced by SAIC | Case in chief. |
| 16 | SAIC Memo and attached SRS Draft 6, September 27, 2000 | Produced by SAIC | Case in chief. |
| 17 | SAIC Memo and attached MARS System Design Document (hereinafter SDD) Draft 4 | Produced by SAIC | Case in chief. |
| 18 | SAIC Memo and attached MARS System DDD, October 30, 2000 | Produced by SAIC | Case in chief. |
| 19 | SAIC Memo and attached STC November 20, 2000 | Produced by SAIC | Case in chief. |
| 20 | Weekly Status Report for 9-15 December 2000 and attached Acceptance Test Discrepencies (hereinafter ATD) | Produced by SAIC | Case in chief. |
| 21 | Weekly Status Report for 16-22 December 2000 and attached ATD | Produced by SAIC | Case in chief. |
| 22 | Weekly Status Report for 5-12 January 2001 and attached ATD | Produced by SAIC | Case in chief. |

| | | | |
|---|---|---|---|
| 23 | Weekly Status Report for 20-26 January 2001 and attached ATD | Produced by SAIC | Case in chief. |
| 24 | MARS Software User's Manual for MARS GET DATA and MARS Query and Report | Produced by SAIC | Case in chief. |
| 25 | Email from Nicole T. Hugler to Theodore I Meyers July 31, 2001 with list of Tables to be deleted from MARS | Produced by SAIC | Case in chief. |
| 26 | Email and attachment, from Fred J. Moses to Janet A. Dixon August 3, 2001 7:04 a.m. | Produced by SAIC | Case in chief. |
| 27 | Weekly Status Report for October 27-November 2, 2001 | Produced by SAIC | Case in chief. |
| 28 | Email from thodore I Meyers to Janet A. Dixon January 10, 2002 11:01 a.m. with attached Discrepency Reports | Produced by SAIC | Case in chief. |
| 29 | Email and attached Weekly Status Report for 15-21 February, 2003 | Produced by SAIC | Case in chief. |
| 30 | MARS Get Data Version 2.0 Release l.c User Manual (**Protective Order**) | Produced by SAIC | Case in chief. |
| 31 | Email and attached schedule from Meyers to Dixon 4/21/00 9:31 a.m. | Produced by SAIC | Case in chief. |
| 32 | Weekly Status Report 15-22 April 2000 | Produced by SAIC | Case in chief. |
| 33 | Email from Gast to Meyers, Hall, Gleason dated 4/21/00 at 8:54 a.m. re: MARS notes | Produced by SAIC | Case in chief. |
| 34 | Draft Program Management Plan for AFMIA MARS dated 20 April 1999 | Produced by SAIC | Case in chief. |
| 35 | SRS for MARS Admin | Produced by SAIC | Case in chief. |
| 36 | SRS for MARS Query | Produced by SAIC | Case in chief. |
| 37 | Table of Manpower strength of USAF Major Commands as of 4/30/01 | 200003 | Case in chief. |
| 38 | Table of Department of Defense (DOD) Active Duty Military Personnel Strength Levels for FY 1950-2002 | 200005<br>B-06-03-002 | Case in chief. |
| 39 | Table of Armed Forces Strength Figures for February 28, 2003 and January 31, 2003 | 200006<br>B-06-03-003 | Case in chief. |

| | | | |
|---|---|---|---|
| 40 | USAF Fact Sheet Org of USAF | 200007-9<br>B-06-03-004 | Case in chief. |
| 41 | USAF Fact Sheet Air Combat Command | 200010-12<br>B-06-03-005 | Case in chief. |
| 42 | USAF Fact Sheet AETC | 200013-16<br>B-06-03-006 | Case in chief. |
| 43 | USAF Fact Sheet AF Material Command | 200017-20<br>B-06-03-007 | Case in chief. |
| 44 | USAF Fact Sheet AF Reserve Command | 200021-23<br>B-06-03-008 | Case in chief. |
| 45 | USAF Fact Sheet AF Space Command | 200024-25<br>B-06-03-009 | Case in chief. |
| 46 | USAF Fact Sheet AF SOC | 200026-27<br>B-06-03-010 | Case in chief. |
| 47 | USAF Fact Sheet AF Mobility Command | 200028-30<br>B-06-03-011 | Case in chief. |
| 48 | USAF Fact Sheet PAC AF | 200031-32<br>B-06-03-012 | Case in chief. |
| 49 | USAF Fact Sheet USAF EW | 200033-36<br>B-06-03-013 | Case in chief. |
| 50 | USAF Fact Sheet USAF Per Counter | 200037-39<br>B-06-03-014 | Case in chief. |
| 51 | DOD Civilian Employment Statistics | 200040<br>B-06-03-015 | Case in chief. |
| 52 | DOD Active Duty Military personnel by Rank/Grade | 200041<br>B-06-03-016 | Case in chief. |
| 53 | Current Active USAF Officers as of 4/30/01 | 200042-46<br>B-06-03-017 | Case in chief. |
| 54 | Email from Gast to Manpower User Group 3/8/01 1:07 p.m. re: Recall of MARS Get Data | 200049 | Case in chief. |
| 55 | MARS Get Data System User's Maual Version 1.1, 2/27/01 | 200052-83 | Case in chief. |
| 56 | Access Unit Manpower Document Program User Manual Version 1.0, 4/23/99 | 200092-200124 | Case in chief. |

| | | | |
|---|---|---|---|
| 57 | Letter from Gunter Blueport LLC to Stubblefield, USAF Attorney, March 31, 2000, re: Offer of License | 200126 | Case in chief. |
| 58 | AFMAN 36-2108 30 April 2002 Manpower Career Field (3U) | 200177-179 | Case in chief. |
| 59 | AFMAN 36-2108 31 October 1999 Table of Prefixes (Attachment 2) | 200180-181 | Case in chief. |
| 60 | AFMAN 36-2108 Attachment 30, October 31, 2000 | 200182 | Case in chief. |
| 61 | AFMAN 36-2108 Table of Prefixes, April 30, 2002 | 200182-185 | Case in chief. |
| 62 | AF Instructions 36-2101 Classifying Military Personnel, 30 April 2001 | 200204-278 | Case in chief. |
| 63 | AFMAN Attachment 32 for CEM Code 3U000 (versions 1992-2002) | G000250-252 | Case in chief. |
| 64 | CFETP 3UOX1 Parts I-II February 1994 | G000257-306 | Case in chief. |
| 65 | CFETP 3UOX1 I-II October 1997 | G000307-363 | Case in chief. |
| 66 | CFETP 3UOX1 I-II November 2000 | G000364-404 | Case in chief. |
| 67 | CFETP 3UOX1 I-II November 2002 | G000405-449 | Case in chief. |
| 68 | USAF Inst. 38-204 Manpower and Organization, August 1, 1999 | G000450-490 | Case in chief. |
| 69 | USAF Inst. 36-2101 Classifying Military Personnel, Attachments 2 and 30 included, April 30, 2001 | G000491-571 | Case in chief. |
| 70 | Expert Report of Walter Rudd, Ph.D, with Exhibits (**Protective Order**) and Curriculum Vitae | N/A | Case in chief. |
| 71 | Complilation of MARS MDS user accounts (aggegates) provided by Defendant in Response to Plaintiff's First Interrogatories and Requests for Production | G000088 | Case in chief. |
| 72 | GSA Statement of Work (hereinafter SOW) Task FY570001A for MARS | G000040-49 | Case in chief. |
| 73 | SOW Task FY570001A Mod 02 | G000050-53 | Case in chief. |
| 74 | SOW Task FY57001A Mod 04 | G000054-58 | Case in chief. |
| 75 | List of Requirements for MARS software development | G000059-66 | Case in chief. |
| 76 | IT Solutions Forms 300 for Task F4570001A -01 through 05 inclusive | G000078-87 | Case in chief. |
| 77 | SRS for MARS Admin (SRS-R01 C00 | 100181-206 | Case in chief. |

| | | | |
|---|---|---|---|
| | 5/24/00) | | |
| 78 | SRS for MARS Query (SRS-R01 C00 5/24/00) | 100207-238 | Case in chief. |
| 79 | MARS Software User's Manual for Get Data (SUM MARS Get Data - R01 C00 3/31/03) (**Protective Order**) | Produced by SAIC | Case in chief. |
| 80 | Weekly Status Report for 15-22 April, 2000 | Produced by SAIC | Case in chief. |
| 81 | Memorandum June 12, 2000 Re: MARS SRS Approval | Produced by SAIC | Case in chief. |
| 82 | MARS Central System Design Document (SDD-MARS-Central R00 C00 1/18/2002) | Produced by SAIC | Case in chief. |
| 83 | MARS Central Database Design Document (DDD MARS Central R00 C00 1/18/02) | Produced by SAIC | Case in chief. |
| 84 | MARS Central Software User's Manual (SUM MARS Central R00 C00 1/18/02) | Produced by SAIC | Case in chief. |
| 85 | MARS Central System Test Plan (STP MARS Central R00 C00 1/18/02) | Produced by SAIC | Case in chief. |
| 86 | MARS Central SRS (SRS-MARS-Central R00 C00 1/18/02) | Produced by SAIC | Case in chief. |
| 87 | MARS Central System Test Description (STD-MARSCentral R00C00 1/18/02) | Produced by SAIC | Case in chief. |
| 88 | MARS Central Meta Data Dictionary (MDD-MARS-Central R00 C00 1/18/02) | Produced by SAIC | Case in chief. |
| 89 | MARS Central System Test Report (STR-MARS-Central R00 C00 1/18/02) | Produced by SAIC | Case in chief. |
| 90 | Copyright Registration Application for Programs UMD Admin v.2.0.A and Master Program v.2.1D with attachments and source code (**PROTECTIVE ORDER**) | 100613-721 | Case in chief. |
| 91 | Expert Report of David Orr, Ph.D, with Exhibits, and Curriculum Vitae (**PROTECTIVE ORDER**) | N/A | Case in chief. |
| 92 | MARS Admin (Get Data) System User's Mnual Version 1.1 (SUM-MARS-R02 C00 2/27/01) | Produced by SAIC | Case in chief. |
| 93 | Email from Gast to Manpower User Group 3/8/01 8:25 a.m. | Produced by SAIC | Case in chief. |
| 94 | Certificate of Release or Discharge from Active Duty DD Form 214 for Mark | | Case in chief. |

| | | | |
|---|---|---|---|
| | Davenport | | |
| 95 | Screen Shots of AFMIA Public Access Website providing access to download UMD Programs, dated 5/16/00 | 100165-8 | Case in chief. |
| 96 | Recordation of Assignment of UMD copyright to Blueport | 100474-485 | Case in chief. |
| 97 | IDEA Submission by Davenport, re: HIC-980110 | 100563-4 | Case in chief. |
| 98 | Response to IDEA HIC-980110 | 100542-7 | Case in chief. |
| 99 | IDEA Submission by Davenport, re: ADHOC Query and Report Generation for MDS | G000202-3 | Case in chief. |
| 100 | Email from Phyllis Barnwell to Roger Brickley 5/17/99, re: IDEA 1999-6223 | G000100-2 | Case in chief. |
| 101 | Enlisted Evaluations for Mark Davenport from April 1996 through April 2000, inclusive. | 100596-601 and 10029-30 | Case in chief. |
| 102 | Email thread from CMSgt Ralph Jones to Glendon Hendricks, et al, 8/16/99, re: Davenport authorization to access MDS with UMD software | G000103-111 | Case in chief. |
| 103 | Assignment of Rights in UMD software to Blueport, LLC. | Exh. 2 of Plaintiff's Amended Complaint | Case in chief. |
| 104 | Letter from USAF Litigation Divsion denying administrative claims for compensation, dated May 23, 2001 | Exh. 2 to Plaintiff's Amended Complaint | Case in chief. |
| 105 | Letter from Blueport, LLC, to Peggy Gast, 3/6/00, re: offer of license to USAF for UMD software. | Exh. 4 to Plaintiff's Amended Complaint | Case in chief. |
| 106 | Statement of Work for Task FY570001, dated 1/11/00 | Produced by SAIC | Case in chief. |
| 107 | Administrative claim for compensation filed by Blueport, LLC, dated 5/23/01 | Exh. 2 to Plaintiff's Amended Complaint | Case in chief. |
| 108 | Article: Naming Conventions for Microsoft Access, available at: http://msdn.microsoft.com/archives | Orr Deposition, Exh. 2. | Case in chief. |
| 109 | USAF Instruction 51-303 Intellectual Property - Patents, Patent Related Matters, Trademarks and Copyrights, 9/1/98 | N/A | Case in chief. |

| | | | |
|---|---|---|---|
| 110 | Emails re: implementation of Davenport UMD software. | G000089-135 (less G000099) and G000144-154 | Case in chief. |
| 111 | Statement of Work for Task FY570001, dated 3/14/00 | G000040-58 | Case in chief. |
| 112 | ITSS Form 300 (multiple sheets) for Task FY570001A | G000078-87 | Case in chief. |
| 113 | Excerpts from Jones, Caper T., Estimating Software Costs (1998) McGraw-Hill Publishing | Rudd Dep. Exh. 4 | Case in chief. |
| 114 | Article: Roetzheim, William, *Estimating Software Costs* (October 2000), Software Development Magazine (online) | Rudd Dep. Exh. 5 | Case in chief. |
| 115 | Excerpts from Boehm, Barry W., Software Engineering Economics (1981) | Rudd Dep. Exh. 7 | Case in chief. |
| 116 | IDEA 1999-6223 Reconsideration | G000034-37 | Case in chief. |
| 117 | Certificate of Supplemental Copyright Registration Form CA, for UMD software (UMD Admin V.2.0A and Master V.2.1D) TX 6-064-419 | Exh. B to Affidavit of Gunter (part of Exh. C to Plaintiff's Amended Complaint) | Case in chief. |
| 118 | Plaintiff's Amended Complaint and Exhibits. | N/A | Case in chief. |
| 119 | Defendant's First Amended Answer to Plaintiff's Amended Complaint | N/A | Case in chief. |
| 120 | AFMAN 36-2108 Attachment 22, 10/31/99 | N/A | Case in chief. |
| 121 | Protective Order | N/A | Case in chief. |
| 122 | AUMD Software User's Manual | G000001-33 | Case in chief. |
| 123 | USAF Policy Directive 38-4 Manpower and Organization, The Innovative Development through Employee Awareness (IDEA) Program, June 1, 1998. | N/A | Case in chief. |
| 124 | USAF Policy Directive 36-21 Personnel, Utilization and Classification of Air Force Military Personnel, April 1, 1998. | N/A | Case in chief. |
| 125 | AFMAN 36-2108 Attachment 30, Manpower Career Field (3U), October 31, 1999 | N/A | Case in chief. |
| 126 | AFMAN 36-2108 Attachment 2, Prefix U and V, October 31, 1999 | N/A | Case in chief. |

| | | | |
|---|---|---|---|
| 127 | AFMAN 36-2108 Attachment 3, Prefix G, U, and V, April 30, 2002 | N/A | Case in chief. |
| 128 | UMD Software Master program and Admin program source code | E000002 | Case in chief. |
| 129 | UMD software executable files | E000002 | Case in chief. |
| 130 | MARS source code and executable files provided by government (**Protective Order**) | G0249 | Case in chief. |
| 131 | Screen shots from UMD software | Derived from E000002 | Case in chief. |
| 132 | Screen shots from MARS softtware | Derived from G0249 | Case in chief. |
| 133 | AFMAN 36-2108 Attachment 30, October 31, 2001 | G000253-256 | Case in chief. |
| 134 | Plaintiffs First Set of Interrogatories and Requests for Production | N/A | Case in chief. |
| 135 | Department of the Air Force's Responses to Plaintiff's First Requests for Interrogatories and Requests for Production | N/A | Case in chief. |
| 136 | Plaintiff's First Requests for Admissions | N/A | Case in chief. |
| 137 | Defendant's Combined Responses to Plaintiff's First Requests for Admissions, Interrogatories and Requests for Production. | N/A | Case in chief. |
| 138 | MDS Users Group Report on the MDS Access Preprocessor, February 23-25, 1999 | G000099 | Case in chief. |
| 139 | Certificate of Copyright Registration Form CA, for UMD software (UMD Admin V.2.0A and Master V.2.1D) TX 5-159-682 | Exh. 4 to Plaintiff's Amended Complaint) | Case in chief. |
| 140 | SOW Task FY570001A | G000069-77 | Case in chief. |
| 141 | Davenport copy of Access 97 software. | N/A | Rebuttal |
| 142 | Davenport copy of Access 2000 software. | N/A | Rebuttal |

## II. PLAINTIFF'S WITNESS LIST

The following witnesses may be called by Plaintiff at trial:

| Identity | Last known address | Nature of testimony |
|---|---|---|
| Mark Davenport, 50% Member Blueport Company, LLC | 10105 Crest View Ln.<br>Eagle River, AK 99577 | All aspects of case. |
| David Gunter, President Blueport Company, LLC | 12757 W. Freedom Dr.<br>Boise, ID 83713 | All aspects of case. |
| Dr. David Orr | 818 SW 3d Ave., #207<br>Portland, OR 97204 | Expert opinion re infringement. |
| Dr. Walter Rudd | 1517 Cutty Sark Cove<br>Slidell, LA 70458 | Expert opinion re damages. |
| Anthony Dant | 2612 Star Light Ln, Schertz, TX 78150 | Scope of employment; use of government time, materials, resources. |
| MSGT Andrew McMonnies, USAF | AFMIA<br>USAF<br>Randolph AFB, TX 78150 | Circumstances of infringement and circumvention. |
| Capt. Kathleen Boyd, USAF | AFMIA<br>USAF<br>Randolph AFB, TX 78150 | Circumstances of infringement and circumvention. |
| LTC William Manning, Jr., USAF | USAF<br>USSTRATCOM/J006<br>Offut AFB, | Scope of employment; use of government time, materials, resources. |
| Maj. Jessica Raines, USAF | Langley AFB, VA | Scope of employment; use of government time, materials, resources. |
| Maj. Douglas Meaker, USAF | Wright-Patterson AFB, | Scope of employment; use of government time, materials, resources. |
| MSGT. William Luckie, USAF | USAF, address unknown | Circumstances of infringement and circumvention. |
| LTC William McKnight, USAF | USAF, address unknown. | Scope of employment; use of government time, materials, resources. |
| MSGT Steve Bruchel, USAF | USAF<br>AFMIA/AMISO<br>DSN: 487-5956 | Circumstances relating to posting AUMD and MARS software to AFMIA website. |

| Identity | Last known address | Nature of testimony |
|---|---|---|
| Peggy Gast | AFMIA<br>USAF<br>Randolph AFB, TX 78150 | Circumstances of infringement and circumvention. |
| Jerry Medley | Randolph AFB | Infringement; license; DMCA claims; development of MARS software. |
| Glendon Hendricks | AFMIA<br>USAF<br>Randolph AFB, TX 78150 | Circumstances of infringement and circumvention. |
| Thomas E. Spitzer | AFMIA<br>USAF<br>Randolph AFB, TX 78150 | Circumstances of infringement and circumvention; development of MARS software. |
| Stephen W. Hall, | SAIC, address unknown, Tel: (210) 75(3)1-2256 | MARS software and contract, and attendant circumstances. |
| Bob Rowe of AETC | AETC, address unknown | Circumstances of infringement and circumvention; license; development of MARS software. |
| Jerry Hughes | AFSPC, address unknown | Circumstances of infringement and circumvention; scope of employment; use of government time, material, resources. |
| Bobbie Neely | PSC 94 Box 2716, APO AE 09824 | Circumstances of infringement and circumvention; scope of employment; use of government time, material, resources. |
| Col. Richard Zeimet, USAF (Ret.) | Langley AFB | Threats and circumstances of infringement and circumvention. |
| Deborah Lague, Contract Officer | General Services Administration, address unknown. | Contracting process for MARS. |
| Charles Stubblefield, Esq. | United States Air Force, address unknown.. | Threats and circumstances of infringement and circumvention. |
| SSG Deborah Alexander, USAF | USAF<br>Hickam AFB, HI | IDEA submission by Mark Davenport. |

| Identity | Last known address | Nature of testimony |
|---|---|---|
| Ted Meyers | SAIC, address unknown, telephone nr: (210) 75(3)1-2256 | MARS software and contract, and attendant circumstances. |
| Bob Davis | OAO, address unknown, Tel: (210) 736-5020 | MARS software and contract, and attendant circumstances. |
| Bob Thompson | PRC, address unknown, Tel: (210) 449-0367 | MARS software and contract, and attendant circumstances. |
| Orestes Yarbrough | Software Professionals, address unknown, Tel: (210) 496-2631 | MARS software and contract, and attendant circumstances. |
| John Doe 1, MARS programmer for SAIC | Science Applications International Corporation, address unknown. | MARS development and source code, contracting process, and attendant circumstances. |
| John Doe 2, MARS programmer for SAIC | SAIC, Address unknown | MARS development and source code, contracting process, and attendant circumstances. |
| John Doe 3, SAIC employee who altered source code of UMD software to change the expiration date. | SAIC, Address unknown | Circumstances surrounding circumvention. |
| Webmaster AFMIA | AFMIA | The infringing replacement program contracted by defendant and atttendant circumstances; circumstances of infringement and circumvention; scope of infringement and damages. |

DATED THIS April 25, 2006,

Respectfully submitted,

RYLANDER & ASSOCIATES PC

KURT M. RYLANDER
Attorney at Law
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury of the laws of the Federal Court that on the date signed below I served a copy of the document to which this certificate is attached by United States First Class Mail and by e-mail directed to attorneys of record for Defendant:

Scott Bolden
U.S. Department of Justice
Civil Division-Commercial Litigation Branch
Washington, D.C. 20530
E-mail: scott.bolden@usdoj.gov

DATED THIS April 25, 2006,

Respectfully submitted,

RYLANDER & ASSOCIATES PC

KURT M. RYLANDER
Attorney at Law
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com