IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BLUEPORT COMPANY, LLC, )
)
Plaintiff, )
)
v. ) No. 02-1622C
)
THE UNITED STATES, ) Judge Lawrence J. Block
)
Defendant. )

**DEFENDANT'S EXHIBIT LIST**

Defendant, the United States ("the government"), hereby provides its Exhibit List, pursuant to the Preliminary Pre-Trial Scheduling Order filed December 22, 2005, and pursuant to Paragraph 16 of Appendix A of the Rules of the Court of Federal Claims. The following may be used at trial for case-in-chief or rebuttal purposes. The government reserves the right to introduce any exhibits, such as demonstratives, prepared for trial to aid a witness in presenting testimony.

Documents marked with the word **PROTECTED** have been previously designated as Protected Material under Paragraph I of the Protective Order.

| **Proposed Defendant Exhibit No.** | **Description** | **Bates Nos.** |
|---|---|---|
| 1 | Copyright Registration TX 5-159-682 | |
| 2 | Supplementary Copyright Registration TX 6-064-419 | |
| 3 | AUMD Source Code - UMD21f.mdb **PROTECTED** | E000002 |
| 4 | AUMD Source Code - UMDAdmin20a.mdb **PROTECTED** | E000002 |

| **Proposed Defendant Exhibit No.** | **Description** | **Bates Nos.** |
|---|---|---|
| 5 | AUMD Source Code - admin.txt - provided in an email to counsel on December 17, 2004 **PROTECTED** | |
| 6 | AUMD Source Code - umd.txt - provided in an email to counsel on December 17, 2004 **PROTECTED** | |
| 7 | MARS Source Code version Draft 3 **PROTECTED** | G0249 |
| 8 | MARS Source Code version Draft 4 **PROTECTED** | G0249 |
| 9 | MARS Source Code version Draft 5 **PROTECTED** | G0249 |
| 10 | MARS Source Code version Draft 6 **PROTECTED** | G0249 |
| 11 | MARS Source Code version 1H **PROTECTED** | G0249 |
| 12 | MARS Source Code version 1J **PROTECTED** | G0249 |
| 13 | MARS Source Code version 1K **PROTECTED** | G0249 |
| 14 | MARS Source Code version 1L **PROTECTED** | G0249 |
| 15 | MARS Source Code version 1M **PROTECTED** | G0249 |
| 16 | MARS Source Code version 1N **PROTECTED** | G0249 |
| 17 | MARS Source Code version 1O **PROTECTED** | G0249 |
| 18 | MARS Source Code version 1P **PROTECTED** | G0249 |
| 19 | MARS Source Code version 1Q **PROTECTED** | G0249 |
| 20 | MARS Source Code version 1R **PROTECTED** | G0249 |
| 21 | MARS Source Code version 1S **PROTECTED** | G0249 |
| 22 | Blueport's Responses to Defendant's First Set of Interrogatories dated September 22, 2003 | |
| 23 | Blueport's Responses to Defendant's Second Set of Interrogatories dated December 5, 2003 | |
| 24 | Blueport's Responses to Defendant's First Set of Requests for Admissions dated December 5, 2003 | |
| 25 | Blueport's Responses to Defendant's First Set of Requests for Production dated December 5, 2003 | |

| **Proposed Defendant Exhibit No.** | **Description** | **Bates Nos.** |
|---|---|---|
| 26 | Excerpts of the Deposition Transcript of Mark Davenport taken June 30, 2004 | |
| 27 | Davenport Dep. Ex. 1; Email from Mark Davenport to Robert Gunter dated May 9, 2000 with two attachments | 100449 - 100455 |
| 28 | Davenport Dep. Ex. 2; IDEA Application dated September 8, 1998 | 100563 - 100564 |
| 29 | Davenport Dep. Ex. 3; IDEA Evaluation and Transmittal and associated documents | 100542 - 100547 |
| 30 | Davenport Dep. Ex. 4; IDEA 1999 - 6223 | G0202 - G0203 |
| 31 | Davenport Dep. Ex. 5; Email from James Vaillencourt to Victor Helbling dated February 11, 1999 | G0092 |
| 32 | Davenport Dep. Ex. 6; Email from Phyllis Barnwell to Roger Brickley dated May 17, 1999 | G0100 - G0102 |
| 33 | Davenport Dep. Ex. 7; Copyright Application | 100613 - 100721 |
| 34 | Davenport Dep. Ex. 8; Email from Mark Davenport to Robert Gunter dated April 18, 2000 | 100140 |
| 35 | Davenport Dep. Ex. 9; Email from Mark Davenport to Robert Gunter dated May 17, 2000 | 100485 |
| 36 | Davenport Dep. Ex. 10; AUMD Software User Manual | 200092 - 200106 |
| 37 | Davenport Dep. Ex. 11; Printed Screenshot of UMDProgram.doc Properties | derived from E000002 |
| 38 | Davenport Dep. Ex. 12; Printed Screenshot of UMDProgram.doc Properties | derived from E000002 |
| 39 | Davenport Dep. Ex. 13; Enlisted Performance Reports | 100029 - 100030, 100596 - 100601 |
| 40 | Davenport Dep. Ex. 14; Emails between Mark Davenport and Robert Gunter | 200133 - 200149 |
| 41 | Davenport Dep. Ex. 15; Letter from Bobbie Neely to Mark Davenport dated July 6, 2000 | 100541 |

| **Proposed Defendant Exhibit No.** | **Description** | **Bates Nos.** |
|---|---|---|
| 42 | Davenport Dep. Ex. 16; Email from Ralph Jones to Glen Hendricks dated August 16, 1999 | G0103 - G0111 |
| 43 | Davenport Dep. Ex. 17; MARS MDS USERS document dated August 1, 2003 | G0088 |
| 44 | Davenport Dep. Ex. 18; Career Field Education and Training Plan AFSC 3U0X1 | G0307 - G0363 |
| 45 | Excerpts of the Deposition Transcript of David Orr taken September 23, 2004 **PROTECTED** | |
| 46 | Orr Dep. Ex. 2; Document titled "Naming Conventions for Microsoft Access" **PROTECTED** | |
| 47 | Orr Dep. Ex. 7; Source Code excerpts from Blueport's AUMD Admin program **PROTECTED** | |
| 48 | Orr Dep. Ex. 8; Printed Screenshots of UMD21f Class Objects and Modules **PROTECTED** | |
| 49 | Orr Dep. Ex. 9; Source Code excerpts from Blueport's AUMD Master program **PROTECTED** | |
| 50 | Excerpts of the Deposition Transcript of Walter Rudd taken October 22, 2004 **PROTECTED** | |
| 51 | Rudd Dep. Ex. 2; General Services Administration Statement of Work, Task FY570001, with associated MODs | G0040 - G0058 |
| 52 | Rudd Dep. Ex. 3; GSA Order Form, Amendment of Solicitation / Modification of Contract Forms | G0078 - G0087 |
| 53 | Rudd Dep. Ex. 4; Excerpts from book titled "Estimating Software Costs" by T. Capers Jones | |
| 54 | Rudd Dep. Ex. 5; Article titled "Estimating Software Costs" by William Roetzheim, four part series | |
| 55 | Rudd Ex. 6; Excerpts from Copyright Application | 100613 - 100628 |
| 56 | Rudd Ex. 7; Excerpts from book titled "Software Engineering Economics" by Barry W. Boehm | |

| **Proposed Defendant Exhibit No.** | **Description** | **Bates Nos.** |
|---|---|---|
| 57 | Rudd Ex. 8; Document titled "Software Requirements Specification" for MARS dated May 24, 2000 | 100180 - 100232 |
| 58 | Rudd Ex. 9; MARS MDS USERS document dated August 1, 2003 | G0088 |
| 59 | Expert Report of Jim Keohane dated June 6, 2005 **PROTECTED** | |
| 60 | Expert Report of Jim Keohane, Exhibit A01; Compare both using CSDiff **PROTECTED** | |
| 61 | Expert Report of Jim Keohane, Exhibit A02; Compare both using Araxis **PROTECTED** | |
| 62 | Expert Report of Jim Keohane, Exhibit A03; AUMD in color via PrettyCode **PROTECTED** | |
| 63 | Expert Report of Jim Keohane, Exhibit A04; MARS in color via PrettyCode **PROTECTED** | |
| 64 | Expert Report of Jim Keohane, Exhibit A05; AUMD in color via MS VBNet **PROTECTED** | |
| 65 | Expert Report of Jim Keohane, Exhibit A06; MARS in color via MS VBNet **PROTECTED** | |
| 66 | Expert Report of Jim Keohane, Exhibit A07; AUMD chart via Visustin **PROTECTED** | |
| 67 | Expert Report of Jim Keohane, Exhibit A08; MARS chart via Visustin **PROTECTED** | |
| 68 | Expert Report of Jim Keohane, Exhibit A09; AUMD chart via MS Visio **PROTECTED** | |
| 69 | Expert Report of Jim Keohane, Exhibit A10; MARS chart via MS Visio **PROTECTED** | |
| 70 | Expert Report of Jim Keohane, Exhibit B; Jim Keohane's Curriculum Vitae (updated April 2006) | |
| 71 | Expert Report of Jim Keohane, Exhibit C1; Compare both using Araxis **PROTECTED** | |

| **Proposed Defendant Exhibit No.** | **Description** | **Bates Nos.** |
|---|---|---|
| 72 | Expert Report of Jim Keohane, Exhibit C2; Compare both CSDiff **PROTECTED** | |
| 73 | Expert Report of Jim Keohane, Exhibit D1; Compare both using CSDiff **PROTECTED** | |
| 74 | Expert Report of Jim Keohane, Exhibit D2; Compare both using CSDiff **PROTECTED** | |
| 75 | Expert Report of Jim Keohane, Exhibit E; grep'd "bang" lines from AUMD **PROTECTED** | |
| 76 | Expert Report of Jim Keohane, Exhibit E; 1999 MSN article "dot" over "bang" | |
| 77 | Expert Report of Jim Keohane, Exhibit F; History of Hungarian Notation | |
| 78 | Expert Report of Jim Keohane, Exhibit G; Visustin-generated logic flow chart AUMD **PROTECTED** | |
| 79 | Expert Report of Jim Keohane, Exhibit G; Visustin-generated logic flow chart MARS **PROTECTED** | |
| 80 | Expert Report of Jim Keohane, Exhibit H; DB compare via TA Detective **PROTECTED** | |
| 81 | Expert Report of Jim Keohane, Exhibit I; MDS MAJCOM codes, websites **PROTECTED** | |
| 82 | Email from James Vaillencourt to Victor Helbling dated February 11, 1999 | G0092 |
| 83 | Email from Phyllis Barnwell to Roger Brickley dated May 17, 1999 | G0100 - G0102 |
| 84 | Email from Ralph Jones to Glen Hendricks dated August 16, 1999 | G0103 - G0111 |
| 85 | Email from Ralph Jones to Glen Hendricks dated September 7, 1999 | G0112 - G0113 |
| 86 | Email from Laurie Townsend to Ralph Jones dated September 9, 1999 | G0114 - G0129 |

| **Proposed Defendant Exhibit No.** | **Description** | **Bates Nos.** |
|---|---|---|
| 87 | Email from Candace Abbot to Glen Hendricks dated September 20, 1999 | G0130 - G0132 |
| 88 | Email from Candace Abbot to Peggy Gast dated May 14, 2000 | G0134 |
| 89 | Email from Glen Hendricks to Mark Davenport dated May 17, 2000 | G0135 |
| 90 | Email from John Vrba to Victor Helbing dated August 7, 1998 | G0146 |
| 91 | Letter from Francis J. Lamir to Thomas A. Banducci | G0198 - G0201 |
| 92 | Document - Air Force Career Field Education and Training Plan - AFSC 3U0X1 Manpower | G0204 - G0247 |
| 93 | Document - MARS Software Deliveries | G0248 |
| 94 | Document - AFMAN 36-2108 | G0250 - G0252 |
| 95 | Document - AFMAN 26-2108 | G0253 - G0254 |
| 96 | Document - AFMAN 36-2108 | G0255 - G0256 |
| 97 | Document - Air Force Career Field Education and Training Plan - AFSC 3U0X1 Manpower and Quality Management | G0307 - G0363 |
| 98 | Document - Air Force Career Field Education and Training Plan - AFSC 3U0X1 Manpower | G0364 - G0404 |
| 99 | Document - Air Force Instruction 38-204 Manpower and Organization | G0450 - G0490 |
| 100 | Document - CEM Code 3U000 Manpower | G0568 - G0571 |
| 101 | Email from Mark Davenport to Robert Gunter dated February 29, 2000 | 100009 |
| 102 | Email from Mark Davenport to Robert Gunter dated April 18, 2000 | 100140 |
| 103 | Letter from Robert Gunter to Mark Davenport dated April 20, 2002 | 100483 - 100484 |

| **Proposed Defendant Exhibit No.** | **Description** | **Bates Nos.** |
|---|---|---|
| 104 | Document - AUMD Software User Manual | 200092 - 200124 |
| 105 | Document - Copyright Application | 100613 - 100721 |
| 106 | Email from Jerry King to Mark Davenport dated June 16, 1999 | 100565 |
| 107 | Email from Jerry Hayes to Mark Davenport dated January 21, 1999 | 100574 - 100576 |
| 108 | Email from Mark Davenport to Robert Rowe dated March 10, 2000 | 100577 |
| 109 | Email from Mark Davenport to Jerry Hayes dated March 8, 2000 | 100578 - 100579 |
| 110 | Email from Richard Zeimet to Mark Davenport dated March 20, 2000 | 100582 |
| 111 | Email from Ralph Jones to Mark Davenport dated August 15, 1999 | 100587 - 100594 |
| 112 | Document - Enlisted Performance Report dated April 10, 2000 | 100596 - 100597 |
| 113 | Document - Enlisted Performance Report dated April 10, 1998 | 100598 - 100599 |
| 114 | Document - Enlisted Performance Report dated April 10, 1997 | 100600 - 100601 |
| 115 | Document - Enlisted Performance Report dated April 10, 1999 | 100029 - 100030 |
| 116 | Document - Air Force Instruction 51-303 | 100759 - 100774 |
| 117 | Document - UMDProgram.doc | E000002 |
| 118 | Blueport's Amended Complaint for Copyright Infringement | |
| 119 | Letter from Scott Bolden to Kurt Rylander dated March 1, 2004 | |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Attorneys for the United States

OF COUNSEL:

CHUN-I CHIANG
Air Force Legal Operations Agency
Department of the Air Force

May 25, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 25, 2006 I electronically filed the foregoing DEFENDANT'S EXHIBIT LIST with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

rylander@pacifier.com

Upon information and belief, this email address corresponds to the following individual:

Kurt M. Rylander
KURT M. RYLANDER TRIAL AND
PATENT ATTORNEY AT LAW PC
406 West 12th Street
Vancouver, Washington 98660
(360) 750-9931

Attorney for Plaintiff

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345