**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BLUEPORT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1622C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence J. Block |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Defendant, the United States ("the government"), hereby submits its Witness List, pursuant to the Preliminary Pre-Trial Scheduling Order filed December 22, 2005, and pursuant to Paragraph 15 of Appendix A of the Rules of the Court of Federal Claims.

The government will call the following witnesses for its case-in-chief or for rebuttal for the trial in the above-referenced case set to begin on July 24, 2006:

1. Glendon Hendricks
13034 Tonne Drive East
New Braunfels, Texas 78132-4560
(830) 620-1739

Mr. Hendricks will testify concerning: the official employment functions of Mark Davenport; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether Mark Davenport was in a position to order, influence, or induce the use of the AUMD program by the government. In addition, Mr. Hendricks will testify concerning the use, function, and features of the MDS system, and the AUMD and MARS programs.

Estimated time needed for direct examination: 3 hours.

2. James N. Keohane
Multi-Platforms, Inc.
45 Scholar Road

Levittown, New York 11756
(516) 579-2209

Mr. Keohane, the government's expert witness, will testify concerning his opinion as to non-infringement of Blueport's copyright by the MARS programs. Mr. Keohane will testify regarding the source code of the AUMD and MARS programs. Mr. Keohane will also testify concerning his opinion as to damages, if any, due to Blueport, as a result of the alleged infringement of Blueport's copyright.

Estimated time needed for direct examination: 4 hours.

In addition, the government may call the following witnesses for trial in the above-referenced case set to begin on July 24, 2006:

3. Colonel Richard Zeimet
809 Westgate Court
Newport News, Virginia 23602
(757) 788-2938

The government may call Col. Zeimet to testify concerning: the official employment functions of Mark Davenport; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether Mark Davenport was in a position to order, influence, or induce the use of the AUMD program by the government.

Estimated time needed for direct examination: 2 hours.

4. Chief Master Sergeant William Luckie
2435 Plum Grove Drive
Belleville, Illinois 62225
(618) 277-0664

The government may call Chief Luckie to testify concerning: the official employment functions of Mark Davenport; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether Mark Davenport was in a position to order, influence, or induce the use of the AUMD program by the government.

Estimated time needed for direct examination: 3 hours.

5. Mark Davenport
10105 Crestview Lane
Eagle River, Alaska, 99577
(907) 622-4349

The government may call Mr. Davenport to testify concerning: his official employment functions; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether he was in a position to order, influence, or induce the use of the AUMD program by the government. He may also testify concerning the AUMD program. He may testify either by live testimony or by admissions under FRE 801(d)(2).

Estimated time needed for direct examination: 4 hours.

6. Major Douglas Meaker
2802 Rhett Drive
Beavercreek, Ohio 45434
(937) 257-7900

The government may call Major Meaker to testify concerning: the official employment functions of Mark Davenport; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether Mark Davenport was in a position to order, influence, or induce the use of the AUMD program by the government.

Estimated time needed for direct examination: 2 hours.

7. Custodians of records for government documents and contractor documents, including contracts between the government and its contractor.

Estimated time needed for direct examination: 45 minutes.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

OF COUNSEL:

CHUN-I CHIANG
Air Force Legal Operations Agency
Department of the Air Force

May 25, 2006

Attorneys for the United States

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 25, 2006 I electronically filed the foregoing DEFENDANT'S WITNESS LIST with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

rylander@pacifier.com

Upon information and belief, this email address corresponds to the following individual:

Kurt M. Rylander
KURT M. RYLANDER TRIAL AND
PATENT ATTORNEY AT LAW PC
406 West 12th Street
Vancouver, Washington 98660
(360) 750-9931

Attorney for Plaintiff

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345