**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BLUEPORT COMPANY LLC,<br><br>Plaintiff,<br>-v-<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 02-1622C<br><br>Judge Lawrence J. Block |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS RESPONSE TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF DR. DAVID ORR UNDER SEAL**

In accordance with Paragraph I.7 of General Order 42A, Plaintiff, Blueport Company LLC, hereby moves for leave to file its Response to Defendant's Motion *In Limine* to Exclude the Testimony of Dr. David Orr under seal. In the Response, Plainitff discusses both of Dr. David Orr's Expert Reports and his deposition transcript. Blueport has designated both documents as containing proprietary information. Defendant does not oppose this motion.

DATED THIS June 22, 2006,

Respectfully submitted,

RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander

KURT M. RYLANDER, Attorney at Law
406 West 12th Street 206
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com

Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury of the laws of the Federal Court that on the date signed below I served a copy of the document to which this certificate is attached by electronic filing with the US Court of Federal Claims which filing serves this document upon attorneys of record for Defendant, Scott Bolden, U.S. Department of Justice, Civil Division-Commercial Litigation Branch, Washington, D.C. 20530, scott.bolden@usdoj.gov.

DATED THIS June 22, 2006

/s/ Kurt M. Rylander
KURT M. RYLANDER,
(360) 750-9931
Of Attorneys for Plaintiff

RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com