IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLUEPORT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1622C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence J. Block |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS REPLY IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF DR. DAVID ORR UNDER SEAL**

In accordance with Paragraph 7 of General Order 42A, defendant, the United States ("the government"), hereby moves for leave to file its Reply in Support of Motion *In Limine* to Exclude the Testimony of Dr. David Orr under seal. In the Reply, the government discusses Dr. David Orr's Expert Reports and his deposition transcript. Blueport has designated both documents as containing proprietary information. By telephone conference on June 27, 2006, counsel for plaintiff advised counsel for the government that plaintiff does not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Attorneys for the United States

OF COUNSEL:

CHUN-I CHIANG
Air Force Legal Operations Agency
Department of the Air Force

June 28, 2006