**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BLUEPORT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1622C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence J. Block |
| | ) | |
| Defendant. | ) | |

**JOINT TRIAL EXHIBIT LIST**

Plaintiff, Blueport Company, LLC ("Blueport"), and Defendant, the United States ("the government"), hereby submit the Joint Trial Exhibit List, pursuant to the Preliminary Pre-Trial Scheduling Order filed December 22, 2005.

**JOINT EXHIBITS**

| Joint Exhibit No. | Description |
|---|---|
| 1 | Copyright Registration TX 5-159-682 |
| 2 | Supplementary Copyright Registration TX 6-064-419 |
| 3 | AUMD Source Code - UMD21f.mdb PROTECTED |
| 4 | AUMD Source Code - UMDAdmin20a.mdb PROTECTED |
| 5 | MARS Source Code version Draft 3 PROTECTED |
| 6 | MARS Source Code version Draft 4 PROTECTED |
| 7 | MARS Source Code version Draft 5 PROTECTED |
| 8 | MARS Source Code version Draft 6 PROTECTED |
| 9 | MARS Source Code version 1H PROTECTED |
| 10 | MARS Source Code version 1J PROTECTED |

| | |
|---|---|
| 11 | MARS Source Code version 1K PROTECTED |
| 12 | MARS Source Code version 1L PROTECTED |
| 13 | MARS Source Code version 1M PROTECTED |
| 14 | MARS Source Code version 1N PROTECTED |
| 15 | MARS Source Code version 1O PROTECTED |
| 16 | MARS Source Code version 1P PROTECTED |
| 17 | MARS Source Code version 1Q PROTECTED |
| 18 | MARS Source Code version 1R PROTECTED |
| 19 | MARS Source Code version 1S PROTECTED |
| 20 | AUMD Software Manual |
| 21 | Document - Enlisted Performance Report dated April 10 1997 |
| 22 | Document - Enlisted Performance Report dated April 10 1998 |
| 23 | Document - Enlisted Performance Report dated April 10 1999 |
| 24 | Document - Enlisted Performance Report dated April 10 2000 |
| 25 | Career Field Education and Training Plan AFSC 3U0X1 |
| 26 | Document - AFMAN 36-2108 |
| 27 | Document - AFMAN 36-2108 |
| 28 | Document - Air Force Instruction 51-303 |
| 29 | Rudd Ex. 9; MARS MDS USERS document dated August 1 2003 |
| 30 | Rudd Dep. Ex. 3; GSA Order Form Amendment of Solicitation / Modification of Contract Forms |
| 31 | Rudd Dep. Ex. 2; General Services Administration Statement of Work Task FY570001 with associated MODs |
| 32 | Davenport Dep. Ex. 4; IDEA 1999 - 6223 |
| 33 | Davenport Dep. Ex. 2; IDEA Application dated September 8 1998 |
| 34 | Davenport Dep. Ex. 3; IDEA Evaluation and Transmittal and associated documents |
| 35 | Davenport Dep. Ex. 6; Email from Phyllis Barnwell to Roger Brickley dated May 17 1999 |

| | |
|---|---|
| 36 | Davenport Dep. Ex. 16; Email from Ralph Jones to Glen Hendricks dated August 16 1999 |
| 37 | Email from Ralph Jones to Glen Hendricks dated September 7 1999 |
| 38 | Email from Laurie Townsend to Ralph Jones dated September 9 1999 |
| 39 | Email from Candace Abbot to Glen Hendricks dated September 20 1999 |
| 40 | Email from Candace Abbot to Peggy Gast dated May 14 2000 |
| 41 | Email from Glen Hendricks to Mark Davenport dated May 17 2000 |
| 42 | Email from John Vrba to Victor Helbing dated August 7 1998 |
| 43 | Orr Dep. Ex. 2; Document titled "Naming Conventions for Microsoft Access" |
| 44 | Rudd Dep. Ex. 4; Excerpts from book titled "Estimating Software Costs" by T. Capers Jones |
| 45 | Rudd Dep. Ex. 5; Article titled "Estimating Software Costs" by William Roetzheim four part series |
| 46 | Rudd Ex. 7; Excerpts from book titled "Software Engineering Economics" by Barry W. Boehm |
| 47 | Letter from Francis J. Lamir to Thomas A. Banducci |

**BLUEPORT EXHIBITS**

| Plaintiff Exhibit No. | Document Descriptions |
|---|---|
| 1 | MARS Project Weekly Status Report for 13-19 May, 2000 GSA re: Contract GS-36F-4461G Task FY 57001A Software |
| 2 | Statement of Work for GSA Contract G5-35F-4461G Task FY 570001 downloaded from GSA website at https://it-solutions.gsa.gov/ |
| 3 | MARS Project Weekly Status Report for 13-19 May, 2000 GSA re: Contract GS-36F-4461G Task FY 57001A Software (hereinafter “Weekly Status Report”) |
| 4 | SAIC Memo 7 June 2000 w/ attachments, re: delivery of the AFMIA Systems Test Description, Draft 1 (PROTECTED) |
| 5 | SAIC Memo 7 June 2000 w/ attached MARS SRS Draft (PROTECTED) |
| 6 | Memorandum from SAIC June 11, 2000 Re MARS SRS Approval |
| 7 | SAIC doc re: Delivery of AFMIA System Design Doc Draft 1 (PROTECTED) |
| 8 | Weekly Status Report for 17-23 June, 2000 |
| 9 | SAIC memo and attached SRS Draft 3, July 5, 2000 (PROTECTED) |
| 10 | SAIC memo and attached AFMIA Database Design Document (hereinafter DDD) Draft 1, 11 July 2000 (PROTECTED) |
| 11 | SAIC Memo and attached SRS Draft 4, August 2, 2000 (PROTECTED) |
| 12 | Weekly Status Report for 12-18 August 2000 |
| 13 | MARS SRS Draft 5 (PROTECTED) |
| 14 | SAIC Memo and attached DDD Draft 2, September 5, 2000 (PROTECTED) |
| 15 | SAIC Memo and attached MARS System Test Description (hereinafter STD), September 25, 2000 (PROTECTED) |
| 16 | SAIC Memo and attached SRS Draft 6, September 27, 2000 (PROTECTED) |
| 17 | SAIC Memo and attached MARS System Design Document (hereinafter SDD) Draft 4 (PROTECTED) |
| 18 | SAIC Memo and attached MARS System DDD, October 30, 2000 (PROTECTED) |
| 19 | SAIC Memo and attached STC November 20, 2000 (PROTECTED) |
| 20 | Weekly Status Report for 9-15 December 2000 and attached Acceptance Test Discrepencies (hereinafter ATD) (PROTECTED) |

| | |
|---|---|
| 21 | Weekly Status Report for 16-22 December 2000 and attached ATD (PROTECTED) |
| 22 | Weekly Status Report for 5-12 January 2001 and attached ATD (PROTECTED) |
| 23 | Weekly Status Report for 20-26 January 2001 and attached ATD (PROTECTED) |
| 24 | MARS Software User's Manual for MARS GET DATA and MARS Query and Report (PROTECTED) |
| 25 | Email from Nicole T. Hugler to Theodore I Meyers July 31, 2001 with list of Tables to be deleted from MARS (PROTECTED) |
| 26 | Email and attachment, from Fred J. Moses to Janet A. Dixon August 3, 2001 7:04 a.m. |
| 27 | Weekly Status Report for October 27-November 2, 2001 |
| 28 | Email from thodore I Meyers to Janet A. Dixon January 10, 2002 11:01 a.m. with attached Discrepency Reports |
| 29 | Email and attached Weekly Status Report for 15-21 February, 2003 |
| 30 | MARS Get Data Version 2.0 Release l.c User Manual (PROTECTED) |
| 31 | Email and attached schedule from Meyers to Dixon 4/21/00 9:31 a.m. |
| 32 | Weekly Status Report 15-22 April 2000 |
| 33 | Email from Gast to Meyers, Hall, Gleason dated 4/21/00 at 8:54 a.m. re: MARS notes |
| 34 | Draft Program Management Plan for AFMIA MARS dated 20 April 1999 |
| 35 | SRS for MARS Admin, Draft 1 (PROTECTED) |
| 36 | SRS for MARS Query, Draft 1 (PROTECTED) |
| 37 | Table of Manpower strength of USAF Major Commands as of 4/30/01 |
| 38 | Table of Department of Defense (DOD) Active Duty Military Personnel Strength Levels for FY 1950-2002 |
| 39 | Table of Armed Forces Strength Figures for February 28, 2003 and January 31, 2003 |
| 40 | USAF Fact Sheet Org of USAF |

| | |
|---|---|
| 41 | USAF Fact Sheet Air Combat Command |
| 42 | USAF Fact Sheet AETC |
| 43 | USAF Fact Sheet AF Material Command |
| 44 | USAF Fact Sheet AF Reserve Command |
| 45 | USAF Fact Sheet AF Space Command |
| 46 | USAF Fact Sheet AF SOC |
| 47 | USAF Fact Sheet AF Mobility Command |
| 48 | USAF Fact Sheet PAC AF |
| 49 | USAF Fact Sheet USAF EW |
| 50 | USAF Fact Sheet USAF Per Counter |
| 51 | DOD Civilian Employment Statistics |
| 52 | DOD Active Duty Military personnel by Rank/Grade |
| 53 | Current Active USAF Officers as of 4/30/01 |
| 54 | Email from Gast to Manpower User Group 3/8/01 1:07 p.m. re: Recall of MARS Get Data |
| 55 | MARS Get Data System User's Maual Version 1.1, 2/27/01 (PROTECTED) |
| 56 | Listed in Joint Exhibits |
| 57 | Letter from Gunter Blueport LLC to Stubblefield, USAF Attorney, March 31, 2000, re: Offer of License |
| 58 | Listed in Joint Exhibits |
| 59 | Listed in Joint Exhibits |
| 60 | Listed in Joint Exhibits |
| 61 | Listed in Joint Exhibits |
| 62 | AF Instructions 36-2101 Classifying Military Personnel, 30 April 2001 |
| 63 | AFMAN Attachment 32 for CEM Code 3U000 (versions 1992-2002) |
| 64 | Listed in Joint Exhibits |
| 65 | Listed in Joint Exhibits |
| 66 | Listed in Joint Exhibits |
| 67 | Listed in Joint Exhibits |
| 68 | USAF Inst. 38-204 Manpower and Organization, August 1, 1999 |
| 69 | USAF Inst. 36-2101 Classifying Military Personnel, Attachments 2 and 30 included, April 30, 2001 |

| | |
|---|---|
| 70 | Expert Report of Walter Rudd, Ph.D, with Exhibits (PROTECTED) and Curriculum Vitae |
| 71 | Complilation of MARS MDS user accounts (aggegates) provided by Defendant in Response to Plaintiff's First Interrogatories and Requests for Production |
| 72 | Listed in Joint Exhibits |
| 73 | Listed in Joint Exhibits |
| 74 | Listed in Joint Exhibits |
| 75 | List of Requirements for MARS software development |
| 76 | IT Solutions Forms 300 for Task F4570001A -01 through 05 inclusive |
| 77 | SRS for MARS Admin (SRS-R01 C00 5/24/00) (PROTECTED) |
| 78 | SRS for MARS Query (SRS-R01 C00 5/24/00) (PROTECTED) |
| 79 | MARS Software User's Manual for Get Data (SUM MARS Get Data - R01 C00 3/31/03) (PROTECTED) |
| 80 | Weekly Status Report for 15-22 April, 2000 |
| 81 | Memorandum June 12, 2000 Re: MARS SRS Approval |
| 82 | MARS Central System Design Document (SDD-MARS-Central R00 C00 1/18/2002) (PROTECTED) |
| 83 | MARS Central Database Design Document (DDD MARS Central R00 C00 1/18/02) (PROTECTED) |
| 84 | MARS Central Software User's Manual (SUM MARS Central R00 C00 1/18/02) (PROTECTED) |
| 85 | MARS Central System Test Plan (STP MARS Central R00 C00 1/18/02) (PROTECTED) |
| 86 | MARS Central SRS (SRS-MARS-Central R00 C00 1/18/02) (PROTECTED) |
| 87 | MARS Central System Test Description (STD-MARSCentral R00C00 1/18/02) (PROTECTED) |
| 88 | MARS Central Meta Data Dictionary (MDD-MARS-Central R00 C00 1/18/02) (PROTECTED) |
| 89 | MARS Central System Test Report (STR-MARS-Central R00 C00 1/18/02) (PROTECTED) |
| 90 | Listed in Joint Exhibits |
| 91A | Expert Report of David Orr, Ph.D (August, 2004) with Exhibits, and Curriculum Vitae (PROTECTED) |
| 91B | Expert Report of David Orr, Ph.D (June 6, 2005) with Exhibits, and Curriculum Vitae (PROTECTED) |
| 92 | MARS Admin (Get Data) System User's Mnual Version 1.1 (SUM-MARS-R02 C00 2/27/01) (PROTECTED) |

| | |
|---|---|
| 93 | Emails from Gast to Manpower User Group 3/8/01 (multiple) |
| 94 | Certificate of Release or Discharge from Active Duty DD Form 214 for Mark Davenport |
| 95 | Screen Shots of AFMIA Public Access Website providing access to download UMD Programs, dated 5/16/00 |
| 96 | Recordation of Assignment of UMD copyright to Blueport |
| 97 | IDEA Submission by Davenport, re: HIC-980110 |
| 98 | Response to IDEA HIC-980110 |
| 99 | IDEA Submission by Davenport, re: ADHOC Query and Report Generation for MDS |
| 100 | Email from Phyllis Barnwell to Roger Brickley 5/17/99, re: IDEA 1999-6223 |
| 101 | Enlisted Evaluations for Mark Davenport from April 1996 through April 2000, inclusive. |
| 102 | Email thread from CMSgt Ralph Jones to Glendon Hendricks, et al, 8/16/99, re: Davenport authorization to access MDS with UMD software |
| 103 | Assignment of Rights in UMD software to Blueport, LLC. |
| 104 | Letter from USAF Litigation Divsion denying administrative claims for compensation, dated May 23, 2001 |
| 105 | Letter from Blueport, LLC, to Peggy Gast, 3/6/00, re: offer of license to USAF for UMD software. |
| 106 | Listed in Joint Exhibits |
| 107 | Administrative claim for compensation filed by Blueport, LLC, dated 5/23/01 |
| 108 | Article: Naming Conventions for Microsoft Access, available at: http://msdn.microsoft.com/archives |
| 109 | Listed in Joint Exhibits |
| 110 | Emails re: implementation of Davenport UMD software. |
| 111 | Listed in Joint Exhibits |
| 112 | ITSS Form 300 (multiple sheets) for Task FY570001A |
| 113 | Excerpts from Jones, Caper T., Estimating Software Costs (1998) McGraw-Hill Publishing |
| 114 | Article: Roetzheim, William, *Estimating Software Costs* (October 2000), Software Development Magazine (online) |
| 115 | Excerpts from Boehm, Barry W., Software Engineering Economics (1981) |

| | |
|---|---|
| 116 | IDEA 1999-6223 Reconsideration |
| 117 | Certificate of Supplemental Copyright Registration Form CA, for UMD software (UMD Admin V.2.0A and Master V.2.1D) TX 6-064-419 |
| 118 | Plaintiff's Amended Complaint and Exhibits. |
| 119 | Defendant's First Amended Answer to Plaintiff's Amended Complaint |
| 120 | AFMAN 36-2108 Attachment 22, 10/31/99 |
| 121 | Protective Order |
| 122 | AUMD Software User's Manual |
| 123 | USAF Policy Directive 38-4 Manpower and Organization, The Innovative Development through Employee Awareness (IDEA) Program, June 1, 1998. |
| 124 | USAF Policy Directive 36-21 Personnel, Utilization and Classification of Air Force Military Personnel, April 1, 1998. |
| 125 | AFMAN 36-2108 Attachment 30, Manpower Career Field (3U), October 31, 1999 |
| 126 | AFMAN 36-2108 Attachment 2, Prefix U and V, October 31, 1999 |
| 127 | AFMAN 36-2108 Attachment 3, Prefix G, U, and V, April 30, 2002 |
| 128 | UMD Software Master program and Admin program source code (PROTECTED) |
| 129 | UMD software executable files (PROTECTED) |
| 130 | MARS source code and executable files provided by government (PROTECTED) |
| 131 | Screen shots from UMD software |
| 132 | Screen shots from MARS softtware |
| 133 | AFMAN 36-2108 Attachment 30, October 31, 2001 |
| 134 | Plaintiffs First Set of Interrogatories and Requests for Production |
| 135 | Department of the Air Force's Responses to Plaintiff's First Requests for Interrogatories and Requests for Production |
| 136 | Plaintiff's First Requests for Admissions |
| 137 | Defendant's Combined Responses to Plaintiff's First Requests for Admissions, Interrogatories and Requests for Production. |
| 138 | MDS Users Group Report on the MDS Access Preprocessor, February 23-25, 1999 |
| 139 | Listed in Joint Exhibits |
| 140 | Listed in Joint Exhibits |
| 141 | Davenport copy of Access 97 software. |
| 142 | Davenport copy of Access 2000 software. |

**GOVERNMENT EXHIBITS**

The following exhibits may be used at trial in the government's case-in-chief or for rebuttal purposes. The government reserves the right to introduce any exhibits, such as demonstratives, prepared for trial to aid a witness in presenting testimony.

| Defendant Ex. No. | Description |
|---|---|
| 1 | AUMD Source Code - admin.txt - provided in an email to counsel on December 17, 2004 **PROTECTED** |
| 2 | AUMD Source Code - umd.txt - provided in an email to counsel on December 17, 2004 **PROTECTED** |
| 3 | Davenport Dep. Ex. 8; Email from Mark Davenport to Robert Gunter, dated April 18, 2000 |
| 4 | Davenport Dep. Ex. 9; Email from Mark Davenport to Robert Gunter, dated May 17, 2000 |
| 5 | Davenport Dep. Ex. 1; Email from Mark Davenport to Robert Gunter, dated May 9, 2000 with two attachments |
| 6 | Davenport Dep. Ex. 14; Emails between Mark Davenport and Robert Gunter |
| 7 | Davenport Dep. Ex. 11; Printed Screenshot of UMDProgram.doc Properties |
| 8 | Davenport Dep. Ex. 12; Printed Screenshot of UMDProgram.doc Properties |
| 9 | Davenport Dep. Ex. 17; MARS MDS USERS document, dated August 1, 2003 |
| 10 | Davenport Dep. Ex. 5; Email from James Vaillencourt to Victor Helbling, dated February 11, 1999 |
| 11 | Orr Dep. Ex. 7; Source Code excerpts from Blueport's AUMD Admin program **PROTECTED** |
| 12 | Orr Dep. Ex. 8; Printed Screenshots of UMD21f Class Objects and Modules **PROTECTED** |
| 13 | Orr Dep. Ex. 9; Source Code excerpts from Blueport's AUMD Master program **PROTECTED** |

| | |
|---|---|
| 14 | Document - Air Force Career Field Education and Training Plan - AFSC 3U0X1 Manpower |
| 15 | Document - MARS Software Deliveries |
| 16 | Document - AFMAN 36-2108 |
| 17 | Document - Air Force Career Field Education and Training Plan - AFSC 3U0X1 Manpower |
| 18 | Document - Air Force Instruction 38-204 Manpower and Organization |
| 19 | Document - CEM Code 3U000 Manpower |
| 20 | Email from Mark Davenport to Robert Gunter, dated February 29, 2000 |
| 21 | Letter from Robert Gunter to Mark Davenport, dated April 20, 2002 |
| 22 | Email from Jerry King to Mark Davenport, dated June 16, 1999 |
| 23 | Email from Jerry Hayes to Mark Davenport, dated January 21, 1999 |
| 24 | Email from Mark Davenport to Robert Rowe, dated March 10, 2000 |
| 25 | Email from Mark Davenport to Jerry Hayes, dated March 8, 2000 |
| 26 | Email from Richard Zeimet to Mark Davenport, dated March 20, 2000 |
| 27 | Email from Ralph Jones to Mark Davenport, dated August 15, 1999 |
| 28 | Document - UMDProgram.doc |
| 29 | Blueport's Amended Complaint for Copyright Infringement without attachments |
| 30 | Blueport's Responses to Defendant's First Set of Interrogatories, dated September 22, 2003 |
| 31 | Blueport's Responses to Defendant's Second Set of Interrogatories, dated December 5, 2003 |
| 32 | Blueport's Responses to Defendant's First Set of Requests for Admissions, dated December 5, 2003 |
| 33 | Blueport's Responses to Defendant's First Set of Requests for Production, dated December 5, 2003 |
| 34 | Letter from Scott Bolden to Kurt Rylander, dated March 1, 2004 |
| 35 | Expert Report of Jim Keohane, dated June 6, 2005 **PROTECTED** |

| | |
|---|---|
| 36 | Expert Report of Jim Keohane Exhibit A01; Compare both using CSDiff **PROTECTED** |
| 37 | Expert Report of Jim Keohane Exhibit A02; Compare both using Araxis **PROTECTED** |
| 38 | Expert Report of Jim Keohane Exhibit A03; AUMD in color via PrettyCode **PROTECTED** |
| 39 | Expert Report of Jim Keohane Exhibit A04; MARS in color via PrettyCode **PROTECTED** |
| 40 | Expert Report of Jim Keohane Exhibit A05; AUMD in color via MS VBNet **PROTECTED** |
| 41 | Expert Report of Jim Keohane Exhibit A06; MARS in color via MS VBNet **PROTECTED** |
| 42 | Expert Report of Jim Keohane Exhibit A07; AUMD chart via Visustin **PROTECTED** |
| 43 | Expert Report of Jim Keohane Exhibit A08; MARS chart via Visustin **PROTECTED** |
| 44 | Expert Report of Jim Keohane Exhibit A09; AUMD chart via MS Visio **PROTECTED** |
| 45 | Expert Report of Jim Keohane Exhibit A10; MARS chart via MS Visio **PROTECTED** |
| 46 | Expert Report of Jim Keohane Exhibit B; Jim Keohane's Curriculum Vitae (updated April 2006) |
| 47 | Expert Report of Jim Keohane Exhibit C1; Compare both using Araxis **PROTECTED** |
| 48 | Expert Report of Jim Keohane Exhibit C2; Compare both CSDiff **PROTECTED** |
| 49 | Expert Report of Jim Keohane Exhibit D1; Compare both using CSDiff **PROTECTED** |
| 50 | Expert Report of Jim Keohane Exhibit D2; Compare both using CSDiff **PROTECTED** |
| 51 | Expert Report of Jim Keohane Exhibit E; grep'd "bang" lines from AUMD **PROTECTED** |
| 52 | Expert Report of Jim Keohane Exhibit E; 1999 MSN article "dot" over "bang" |

| | |
|---|---|
| 53 | Expert Report of Jim Keohane Exhibit F; History of Hungarian Notation |
| 54 | Expert Report of Jim Keohane Exhibit G; Visustin-generated logic flow chart AUMD **PROTECTED** |
| 55 | Expert Report of Jim Keohane Exhibit G; Visustin-generated logic flow chart MARS **PROTECTED** |
| 56 | Expert Report of Jim Keohane Exhibit H; DB compare via TA Detective **PROTECTED** |
| 57 | Expert Report of Jim Keohane Exhibit I; MDS MAJCOM codes websites **PROTECTED** |
| 58 | Excerpts of the Deposition Transcript of Mark Davenport taken June 30, 2004 **PROTECTED** |
| 59 | Excerpts of the Deposition Transcript of David Orr taken September 23, 2004 **PROTECTED** |
| 60 | Excerpts of the Deposition Transcript of Walter Rudd taken October 22, 2004 **PROTECTED** |

June 29, 2006

Respectfully submitted,
RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander

KURT M. RYLANDER
Attorney at Law
406 West 12th Street 206
Vancouver, Washington 98660
Tel: (360) 750-9931 Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Of Attorneys for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345
Attorneys for the United States

OF COUNSEL:

CHUN-I CHIANG
Air Force Legal Operations Agency
Department of the Air Force

June 29, 2006