**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BLUEPORT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1622C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence J. Block |
| | ) | |
| Defendant. | ) | |

**JOINT TRIAL WITNESS LIST**

Plaintiff, Blueport Company, LLC ("Blueport"), and Defendant, the United States ("the government"), hereby submit the Joint Trial Witness List, pursuant to the Preliminary Pre-Trial Scheduling Order filed December 22, 2005.

**BLUEPORT WITNESSES**

Blueport will call the following witnesses for its case-in-chief or for rebuttal for the trial in the above-referenced case set to begin on July 24, 2006:

1. Mark Davenport,
   10105 Crest View Ln.
   Eagle River, AK 99577
   Title and/or job description: 50% Member Blueport Company, LLC; author of AUMD programs.

Mark Davenport will testify regarding all aspects of Plaintiff's case-in-chief.

Estimated time needed for direct examination: Half day to full day.

2 Robert Gunter,
   12757 W. Freedom Dr.
   Boise, ID 83713
   Title and/or job description: President and 50% Member Blueport Company.

Robert Gunter will testify regarding all aspects of Plaintiff's case-in-chief.

Estimated time needed for direct examination: Half day to full day.

3. Dr. David Orr, Ph.D.
818 SW 3d Ave., #207
Portland, OR 97204
Title and/or job description: Expert Witness.

Dr. Orr will testify regarding his opinion that MARS is substantially similar to AUMD and indicates that MARS was copied from AUMD.

Estimated time needed for direct examination: Half day to full day.

4. Dr. Walter Rudd, Ph.D.
1517 Cutty Sark Cove
Slidell, LA 70458
Title and/or job description: Expert Witness.

Dr. Rudd will testify regarding his opinion on damages that Blueport is entitled to claim.

Estimated time needed for direct examination: Half day to full day.

5. Anthony Dant,
2612 Star Light Ln,
Schertz, TX 78150
Title and/or job description: Former co-worker and supervisor of Mark Davenport.

Mr. Dant will testify regarding the scope of Mr. Davenport's employment; use of government time, materials, resources, in the development of AUMD.

Estimated time needed for direct examination: 1 hour.

6. LTC William Manning, Jr., USAF,
USSTRATCOM/J006
Offut AFB, NE 68113
(Home address unknown)
Title and/or job description: Former reporting senior of Mr. Davenport.

LTC Manning will testify regarding the scope of Mr. Davenport's employment; use of government time, materials, resources, in the development of AUMD.

Estimated time needed for direct examination: 1 hour.

7. Peggy Gast,
AFMIA
USAF
Randolph AFB, TX 78150
(Home address unknown)
Title and/or job description: AFMIA manager.

Ms. Gast will testify regarding the circumstances of infringement, including to provide foundation for admission of SAIC documents created for AFMIA..

Estimated time needed for direct examination: 1 hour.

8. Thomas E. Spitzer,
AFMIA
USAF
Randolph AFB, TX 78150
(Home address unknown)
Title and/or job description: AFMIA manager.

Ms. Gast will testify regarding the circumstances of infringement, including to provide foundation for admission of SAIC documents created for AFMIA

Estimated time needed for direct examination: 1 hour.

9. Glendon Hendricks,
AFMIA
USAF
Randolph AFB, TX 78150
(Home address unknown)
Title and/or job description: AFMIA manager.

Mr. Hendricks will testify regarding the circumstances of infringement, including to provide foundation for admission of SAIC documents created for AFMIA

Estimated time needed for direct examination: 1 hour.

10. Stephen W. Hall and/or custodian of records
SAIC
4242 Woodcock Dr., Suite 150
San Antonio, TX 78228
Tel: (210) 75(3)1-2256
Title and/or job description: SAIC MARS development team.

Mr. Hall will testify regarding the development of the MARS software and contract, and attendant circumstances. of infringement, including to provide foundation for admission of SAIC documents created for AFMIA

Estimated time needed for direct examination: 1 hour.

11. Theodore I. Meyers, and/or SAIC custodian of records.
SAIC
4242 Woodcock Dr., Suite 150
San Antonio, TX 78228
Tel: (210) 75(3)1-2256
Title and/or job description: SAIC MARS development team.

Mr. Meyers will testify regarding the development of the MARS software and contract, and attendant .circumstances of infringement, including to provide foundation for admission of SAIC documents created for AFMIA

Estimated time needed for direct examination: 1 hour.

12. Andy Winter and/or custodian of records
SAIC
Logistics and Information Technology Division Offices
4242 Woodcock Dr. Suite 150
San Antonio, TX 78228
Tel: (210) 75(3)1-2256
(Home address unknown)
Title and/or job description: Senior Software Engineer for SAIC MARS development team.

Mr. Winter will testify regarding the MARS development and source code, contracting process, and attendant circumstances, including to provide foundation for admission of SAIC documents created for AFMIA

Estimated time needed for direct examination: 1 hour.

13. Nicole Hagler and/or custodian of records
SAIC
Logistics and Information Technology Division Offices
4242 Woodcock Dr. Suite 150
San Antonio, TX 78228
Tel: (210) 75(3)1-2256
(Home address unknown)

Title and/or job description: Junior Programmer Analyst for SAIC MARS development team.

Ms. Hagler will testify regarding the MARS development and source code, contracting process, and attendant circumstances, including to provide foundation for admission of SAIC documents created for AFMIA

Estimated time needed for direct examination: 1 hour.

14. Gerald Williams and/or custodian of records
SAIC
Logistics and Information Technology Division Offices
4242 Woodcock Dr. Suite 150
San Antonio, TX 78228
Tel: (210) 75(3)1-2256
(Home address unknown)
Title and/or job description: Junior Promgrammer Analyst for SAIC MARS development team.

Mr. Williams will testify regarding the MARS development and source code, contracting process, and attendant circumstances, including to provide foundation for admission of SAIC documents created for AFMIA

Estimated time needed for direct examination: 1 hour.

**GOVERNMENT WITNESSES**

The government will call the following witnesses for its case-in-chief or for rebuttal for the trial in the above-referenced case set to begin on July 24, 2006:

1. Glendon Hendricks
13034 Tonne Drive East
New Braunfels, Texas 78132-4560
(830) 620-1739
Title and/or job description: Retired Chief of Information Systems Division, Air Force Manpower and Innovation Agency ("AFMIA")

Mr. Hendricks will testify concerning: the official employment functions of Mark Davenport; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether Mark Davenport was in a position to order, influence, or induce the use of the AUMD program by the government. In addition, Mr. Hendricks will testify concerning the use, function, and features of the MDS system, and the AUMD and MARS programs.

Estimated time needed for direct examination: 3 hours.

2. James N. Keohane
Multi-Platforms, Inc.
45 Scholar Road
Levittown, New York 11756
(516) 579-2209
Title and/or job description: Expert witness, Independent Software Developer, Consultant

Mr. Keohane, the government's expert witness, will testify concerning his opinion as to non-infringement of Blueport's copyright by the MARS programs. Mr. Keohane will testify regarding the source code of the AUMD and MARS programs. Mr. Keohane will also testify concerning his opinion as to damages, if any, due to Blueport, as a result of the alleged infringement of Blueport's copyright.

Estimated time needed for direct examination: 4 hours.

3. Chief Master Sergeant William Luckie
2435 Plum Grove Drive
Belleville, Illinois 62225
(618) 277-0664
Title and/or job description: Air Force Chief Master Sergeant; Active Duty, Scott Air Force Base

The government will call Chief Luckie to testify concerning: the official employment functions of Mark Davenport; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether Mark Davenport was in a position to order, influence, or induce the use of the AUMD program by the government.

Estimated time needed for direct examination: 3 hours.

4. Mark Davenport
10105 Crestview Lane
Eagle River, Alaska, 99577
(907) 622-4349
Title and/or job description: Retired Air Force Technical Master Sergeant; Hickam Air Force Base

The government will call Mr. Davenport to testify concerning: his official employment functions; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether he was in a position to order, influence, or induce the use of the AUMD program by the government. He may also testify concerning the AUMD program. He may testify either by live testimony or by admissions under FRE 801(d)(2).

Estimated time needed for direct examination: 4 hours.

5. Major Douglas Meaker
2802 Rhett Drive
Beavercreek, Ohio 45434
(937) 257-7900
Title and/or job description: Air Force Major; Active Duty, Wright-Patterson Air Force Base

The government will call Major Meaker to testify concerning: the official employment functions of Mark Davenport; whether government time, material, and/or facilities were used in the preparation of the AUMD program; and whether Mark Davenport was in a position to order, influence, or induce the use of the AUMD program by the government.

Estimated time needed for direct examination: 2 hours.

June 29, 2006

Respectfully submitted,
RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander

KURT M. RYLANDER
Attorney at Law
406 West 12th Street 206
Vancouver, Washington 98660
Tel: (360) 750-9931 Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Of Attorneys for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345
Attorneys for the United States

OF COUNSEL:

CHUN-I CHIANG
Air Force Legal Operations Agency
Department of the Air Force

June 29, 2006