**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BLUEPORT COMPANY LLC,<br><br>Plaintiff,<br>-v-<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 02-1622C<br><br>Judge Lawrence J. Block |

**PLAINTIFF'S SUBMISSION OF SUPPLEMENTAL AUTHORITIES RELATING TO DEFENDANT'S OBJECTION TO SAIC DOCUMENTS**

Plaintiff submits the following list of authorities, not previously cited,[1] on the issue of the admissibility of the documents of the Government's contractor, SAIC, who, at Government request, "recreated" the AUMD programs with the MARS software program, Blueport Exhibit Nos. 1-36, 79-89, 92-93, 106.

1 FEDERAL RULE OF EVIDENCE 803(6) (records of regularly conducted activity);

2. Air Land Forwarders, Inc. v. U.S., 38 Fed.Cl. 547, 555-56 (Fed.Cl., 1997) (allowing in categories of documents as business records under FRE 803(6));

3. Aeroplate Corp. v. U.S., 67 Fed.Cl. 4, 14 n. 7 (Fed.Cl., 2005) (in a contractor bid protest, phone record was properly admitted as a business record under FRE 803(6));

4. AFD Fund v. U.S., 61 Fed.Cl. 540, 544-46 (Fed.Cl., 2004) (overruling the government's objection to records and allowing records in under FRE 803(6));

[1] Plaintiff notified Defendant, at least one full day prior to the filing of Defendant's Reply brief, that Plaintiff additionally relied upon FRE 803(6) in relation to the SAIC documents, and that Plaintiff intended to supplement its brief in some respect in that regard. FRE 807 was previously cited on a different issue.

5. International Resource Recovery, Inc. v. U.S., 61 Fed.Cl. 38, 42-43 (Fed.Cl., 2004) (denying government objection to records, and ruling the records were admissible, among other grounds, as business records under FRE 803(6), and under FRE 807); and

6. FEDERAL RULE OF EVIDENCE 807 (residual exception).

DATED THIS June 30, 2006,

Respectfully submitted,

RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander
KURT M. RYLANDER, Attorney at Law
406 West 12th Street 206
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury of the laws of the Federal Court that on the date signed below I served a copy of the document to which this certificate is attached by electronic filing with the US Court of Federal Claims which filing serves this document upon attorneys of record for Defendant, Scott Bolden, U.S. Department of Justice, Civil Division-Commercial Litigation Branch, Washington, D.C. 20530, scott.bolden@usdoj.gov.

DATED THIS June 30, 2006

/s/ Kurt M. Rylander
KURT M. RYLANDER,
(360) 750-9931
Of Attorneys for Plaintiff

RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com