IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLUEPORT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1622C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence J. Block |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO**
**DEFENDANT'S REPLY IN SUPPORT OF MOTION *IN LIMINE***
**TO EXCLUDE THE TESTIMONY OF DR. DAVID ORR**

**CONTENTS TO APPENDIX:**

Note: For Appendix citations between A1 - A73, see Appendix to Defendant's Motion *In Limine* To Excluded the Testimony of Dr. David Orr

Excerpt from Blueport's Responses to Defendant's Second Set of Interrogatories . . . A74
Excerpt of Deposition Transcript of David Orr (Protected) . . . . . . . . . . . . . . . . . . . . A75

<u>INTERROGATORY NO. 16</u>: Identify each version of AUMD, identify the date that each version was created, and identify the changes, features, or differences between each version.

<u>OBJECTION</u>: Plaintiff reasserts its general objections. Plaintiff further objects that response to this question is unduly burdensome, and is information more available and easily able to be retrieved by Defendant than by Plaintiff.

<u>RESPONSE</u>: Without waiving the foregoing objections, below includes a revision history of the AUMD program. A question mark indicates uncertainty.

| Version | Date | Expiration date | Ownership Statement | Copyright Data |
|---|---|---|---|---|
| Beta 0.9 | May 1998 | Yes | ? | ? |
| 1.0 | Sep 15, 1998 | Yes | Yes ? | ? |
| 1.5 | Feb 01, 1999 | Yes | Yes | Yes |
| 1.8 | Apr 22, 1999 | Yes | Yes | Yes |
| 1.9 | Aug 13, 1999 | Yes | Yes | Yes |
| 2.0a | Sep 29, 1999 | Yes | Yes | Yes |
| 2.0b | Oct 02, 1999 | Yes | Yes | Yes |
| 2.0d | Nov 18, 1999 | Yes | Yes | Yes |
| 2.1e | Jan 02, 2000 | Yes | Yes | Yes |
| 2,1f | Jan 05, 2000 | Yes | Yes | Yes |

This is the only data that Blueport has on revisions. Blueport cannot identify the changes, features, or differences between each version as such would be unduly burdensome. Blueport submits this is more a matter for experts.

<u>INTERROGATORY NO. 17</u>: Identify all persons or organizations to whom Mark Davenport distributed AUMD during the period of his employment by the government. <u>See, e.g.,</u> 100574 (email by Davenport: "I wish I had not sent this program out."); <u>see also</u>