# The United States Court of Federal Claims

**No: 02-1622 C**
July 5, 2006

**BLUEPORT COMPANY, LLP,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER GRANTING MOTION FOR AUTHORIZATION OF SERVICE OF SUBPOENAS MORE THAN 100 MILES FROM THE PLACE OF TRIAL**

On June 30, 2006 plaintiff filed an unopposed Motion for Order Authorizing Service of Subpoenas on Witness who are located more than 100 miles from the trial location. In that motion plaintiff request authority to serve subpoenas on the following individuals: Peggy Gast, Lt. Col. William E. Manning, Jr., Anthony Dant, Theodore I. Meyers, Stephen W. Hall and the current custodian of records for Science Applications International Corp. ("SAIC"). For good cause shown, that Motion is **GRANTED** and defendant is **AUTHORIZED** to subpoenas to the named individuals pursuant to RCFC 45(b)(2).

**IT IS SO ORDERED.**

s/Lawrence J. Block
Lawrence J. Block
Judge