# The United States Court of Federal Claims

**No: 02-1622 C**
July 6, 2006

**BLUEPORT COMPANY, LLP,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER**

The Court held a Pre-Trial Conference in this case on Thursday, July 6, 2006. Pursuant to that Conference and the agenda that was discussed with the parties, it is hereby **ORDERED**:

1. Trial Dates & Times — The Trial will begin on Monday, July 24, 2006 at 10:00 a.m. Trial will be located at:

   U.S. Bankruptcy Court
   Courtroom #2
   1001 SW 5th Avenue
   Portland, OR, 97204

   Trial will begin daily at 10:00 a.m. and be in session until 5:00 p.m. The Court will recess each day for a one hour lunch period and occasional brief breaks.

   **Counsel are reminded of the Court's expectation that they will fully utilize each day of the trial proceedings.**

2. Opening/Closing Statements — Three hours are allocated for opening statements. Unless the parties agree otherwise and notify the Court, each party shall have 1.5 hours. In lieu of rebuttal and sur-rebuttal the Court will reserve the final day of proceedings (Friday, July 28 or earlier) for closing statements. Each party shall have 1.5 hours for its closing statement.

| | |
|---|---|
| 3. Length of Testimony | The parties shall be limited to 24 hours of total testimony, inclusive of direct, cross-, and re-direct examination. Of this 24 hours the Court allocates 14 hours for plaintiff and 10 hours for defendant.<br><br>**The parties are reminded of the Court's preference that they not present duplicative testimony or argument. The Court expects that the parties will observe and self-enforce these time limits at trial. The parties will not be permitted to exceed them.** |
| 4. Calendar Schedule | Plaintiff shall conclude its case-in-chief no later than 4:00 p.m. Wednesday, July 26. Defendant shall conclude its case-in-chief no later than 1:00 p.m. Friday, July 28. |
| 5. Deposition Testimony | Any deposition testimony either party wishes to enter into evidence, to the extent admissible, shall be read into the record. The party should also provide the Court with a printed or recorded copy of any such evidence. |
| 6. Introduction of Exhibits | Each exhibit will be introduced individually through a sponsoring witness. **No wholesale admissions of exhibits will be permitted.** |
| 7. Exhibits | Each exhibit shall be produced with a color-coded sticker (blue for Defendant, any other color for Plaintiff) that identifies the exhibit's number.<br><br>In addition to the exhibits provided as the official exhibits to the Court, the parties should also provide the Court with two additional copies of each exhibit. All documentary exhibits should be three-hole punched to fit into a standard three-ring binder. |
| 8. Objections to Exhibits | The parties are ordered to confer on any outstanding objections to proposed exhibits no later than Friday, July 14 with the goal of resolving those objections and minimizing the number of evidentiary objections raised at trial. The parties shall apprise the Court of their progress on this matter no later than Wednesday, July 19. |
| 9. Daily Witness List | No later than 5 p.m. on the day prior to each day's proceedings, the party presenting its case-in-chief shall provide the Court with a list of the day's anticipated witnesses in the order they are expected to be called during that day's proceedings. The list shall also identify the specific facts or issues that each witness is expected to testify about on direct examination, as well as the expected length of each witness' direct examination. The list may be faxed or hand-delivered to the Judge's clerk. |

| | |
|---|---|
| 10. Settlement | The Court wishes to encourage the parties to resolve this dispute by agreement, rather than litigation. The Court will be responsive to every suggestion by the parties that furthers this goal, and can offer resources to aid in settlement. |
| 11. Post-Trial Briefing | The Court may require post-trial briefing in this case. If necessary, the schedule for briefing will be established at the conclusion of trial. |

**IT IS SO ORDERED.**

s/ *Lawrence J. Block*
Lawrence J. Block
Judge