# The United States Court of Federal Claims

**No: 02-1622 C**
July 10, 2006

**BLUEPORT COMPANY, LLP,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER GRANTING MOTION FOR AUTHORIZATION OF SERVICE OF A SUBPOENA MORE THAN 100 MILES FROM THE PLACE OF TRIAL**

On July 7, 2006 defendant filed an unopposed Motion for Order Authorizing Service of a Subpoena on a witness who is located more than 100 miles from the trial location. In that motion defendant requested authority to serve a subpoena on Mr. Glendon Hendricks. For good cause shown, that Motion is **GRANTED** and defendant is **AUTHORIZED** to subpoena Mr. Henricks pursuant to RCFC 45(b)(2).

**IT IS SO ORDERED.**

s/ *Lawrence J. Block*
Lawrence J. Block
Judge