# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BLUEPORT COMPANY LLC,<br>Plaintiff,<br>-v-<br>THE UNITED STATES,<br>Defendant. | Case No. 02-1622C<br>Judge Lawrence J. Block |

## PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF MARK BEATTY TO APPEAR ON BEHALF OF PLAINTIFF

Pursuant to Rule 83.1 of the Court of Federal Cliams, the undersigned hereby moves to admit *pro hac vice* Mark Beatty in the above entitled proceeding. The undersigned certifies that Mr. Beatty is a member in good standing of the Washington State Bar, and that no disciplinary proceedings, complaints or other have been held or filed against him. Mr. Beatty is a graduate of the Northwestern School of Law of Lewis & Clark College, Portland, Oregon, and the United States Naval Academy.

Mr. Beatty will assist the undersigned in the conduct of proceedings in the above entitled case in the trial scheduled to begin on July 24, 2006. Mr. Beatty is an associate attorney in the undersigned's law firm.

DATED THIS July 18, 2006, Respectfully submitted,

RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander
KURT M. RYLANDER, Attorney at Law
406 West 12th Street 206
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury of the laws of the Federal Court that on the date signed below I served a copy of the document to which this certificate is attached by electronic filing with the US Court of Federal Claims which filing serves this document upon attorneys of record for Defendant, Scott Bolden, U.S. Department of Justice, Civil Division-Commercial Litigation Branch, Washington, D.C. 20530, scott.bolden@usdoj.gov.

DATED THIS July 18, 2006

/s/ Kurt M. Rylander
KURT M. RYLANDER,
(360) 750-9931
Of Attorneys for Plaintiff

RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com