# The United States Court of Federal Claims

**No: 02-1622 C**
July 19, 2006

**BLUEPORT COMPANY, LLP,**

***Plaintiff***,

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant***.

**ORDER GRANTING ADMISSION *PRO HAC VICE* of MR. MARK BEATTY**

On July 19, 2006, plaintiff's counsel filed a motion pursuant to Rule 83.1 of the Rules of the Court of Federal Claims for *pro hac vice* admission of Mr. Mark Beatty. Plaintiff's counsel indicated that Mr. Beatty is a member in good standing of the Washington State Bar, that he is admitted to practice before the highest court of the State of Washington, and that no disciplinary proceedings or complaints have been filed against him.

The motion is hereby **GRANTED**.

s/ *Lawrence J. Block*
Lawrence J. Block
Judge