**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| BLUEPORT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1622C |
| | ) | |
| THE UNITED STATES, | ) | Judge Lawrence J. Block |
| | ) | |
| Defendant. | ) | |

**JOINT STATEMENT REGARDING OBJECTIONS**

Plaintiff, Blueport Company, LLC ("Blueport"), and Defendant, the United States ("the government"), hereby submit a Joint Statement Regarding Objections, pursuant to Paragraph 8 of the Order filed on July 6, 2006.

On June 8, 2006, the parties filed their objections to the proposed witness and exhibit lists. During the pretrial conference on July 6, 2006, the Court requested that the parties confer in an effort to resolve the remaining objections. The parties have conferred with respect to the remaining objections that were filed with the Court by both parties on June 8, 2006.

The parties have resolved the remaining objections. Counsel for Blueport has agreed to withdraw certain exhibits, and counsel for the government has agreed to withdraw the remaining objections to the exhibits.

July 19, 2006

Respectfully submitted,
RYLANDER & ASSOCIATES PC

/s/Kurt M. Rylander

KURT M. RYLANDER
Attorney at Law
406 West 12th Street 206
Vancouver, Washington 98660
Tel: (360) 750-9931 Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Of Attorneys for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

SCOTT BOLDEN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345
Attorneys for the United States

OF COUNSEL:

CHUN-I CHIANG
Air Force Legal Operations Agency
Department of the Air Force

July 19, 2006