# In the United States Court of Federal Claims

**02-1622C**

**Filed:** **August 4, 2006**

**BLUEPORT COMPANY, LLC**

**v.**

**THE UNITED STATES**

**[CLOSED SESSION] TRANSCRIPT OF PROCEEDINGS (2 volumes)**
**Held in Portland, Oregon**
**July 26-27, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.