# In the United States Court of Federal Claims

**02-1622C**

**Filed: August 7, 2006**

**BLUEPORT COMPANY, LLC**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (one volume) filed with**
**Plaintiff and Defendant Exhibits**
**Held in Portland, Oregon**
**July 24, 2006 through July 28, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.