Receipt # Q06136

Case 1:02-cv-01622-LB Document 102 Filed 06/18/2007 Page 1 of 2

ORIGINAL

FILED
JUN 27 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| BLUEPORT COMPANY LLC, Plaintiff, -v- THE UNITED STATES, Defendant. | Case No. 02-1622C<br>Judge Lawrence J. Block |

**NOTICE OF APPEAL**

Notice is hereby given that BLUEPORT COMPANY LLC, Plaintiff, in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on May 7, 2007. The filing fee of $455.00 is being delivered to the court pursuant to FRAP 3(e).

DATED THIS June 18, 2007, Respectfully submitted,

RYLANDER & ASSOCIATES PC

/s/ Kurt M. Rylander

KURT M. RYLANDER, Attorney at Law
406 West 12th Street 206
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com
Of Attorneys for Plaintiff

## REPRESENTATION STATEMENT

Attorneys for Plaintiff
Kurt M. Rylander
RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
Tel: (360) 750-9931

Attorneys for Defendant
Scott Bolden
U.S. Department of Justice
Civil Division-Commercial Litigation Branch
Washington DC 20530
Tel: (202) 307-0262

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury of the laws of the Federal Court that on the date signed below I served a copy of the document to which this certificate is attached by electronic filing with the US Court of Federal Claims which filing serves this document upon attorneys of record for Defendant, Scott Bolden, U.S. Department of Justice, Civil Division-Commercial Litigation Branch, Washington, D.C. 20530, scott.bolden@usdoj.gov.

DATED THIS June 18, 2007

/s/ Kurt M. Rylander
KURT M. RYLANDER,
(360) 750-9931
Of Attorneys for Plaintiff

RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, Washington 98660
Tel: (360) 750-9931
Fax: (360) 750-9953
E-mail: rylander@pacifier.com